JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Brian Hendricks and Toni Hendricks, h/w

**(b)** County of Residence of First Listed Plaintiff: Kent County, Delaware
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Curran Firm, P.C. - Francis J. Curran, Jr., Esquire / Ryan F. Curran, Esquire / Joshua D. Whitney, Esquire / Ph.: (610) 566-5300
200 East State Street, Suite 103, Media, PA 19063

## DEFENDANTS

Tanner Allison, Nicole Allison, and The Standard Fire Insurance Company d/b/a t/a The Travelers Companies, Inc.

County of Residence of First Listed Defendant: Lycoming, Pennsylvania
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:
28 USC § 1332

Brief description of cause:
Motor vehicle accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ________ DOCKET NUMBER ________

DATE: 11/12/2026

SIGNATURE OF ATTORNEY OF RECORD: Ryan F. Curran, Esquire

**FOR OFFICE USE ONLY**

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM

Place of Accident, Incident, or Transaction: I-476 in Lower Macungie Township, Pennsylvania

***RELATED CASE IF ANY:*** Case Number:____________________ Judge:______________________________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

***A. Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief ***see certification below***
- ☐ 16. All Other Federal Question Cases. *(Please specify)*:________________________

**B. *Diversity Jurisdiction Cases:***

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☒ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury (*Please specify*):______________
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases: *(Please specify)*____________________________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Brian Hendricks and Toni Hendricks, h/w | : | CIVIL ACTION |
| v. | : | |
| Tanner Allison, Nicole Allison, and The Standard Fire Insurance Co. d/b/a t/a The Travelers Companies, Inc. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( x)

| | | |
|---|---|---|
| November 12, 2026 | *Ryan F. Curran* | Plaintiffs |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (610) 566-5300 | (610) 566-6114 | rcurran@thecurranfirm.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BRIAN HENDRICKS** and **TONI HENDRICKS, h/w**<br><br>*Plaintiffs*<br>v.<br><br>**TANNER ALLISON,**<br>**NICOLE ALLISON, and**<br>**THE STANDARD FIRE INSURANCE COMPANY d/b/a t/a THE TRAVELERS COMPANIES, INC.**<br><br>*Defendants* | **No.**<br><br><br><br><br>**JURY TRIAL DEMANDED** |

**CIVIL ACTION COMPLAINT**

AND NOW come Plaintiffs, Brian Hendricks and Toni Hendricks, h/w, by and through their attorneys, The Curran Firm, P.C. stating that they have causes of action against Defendants Tanner Allison, Nicole Allison, and The Standard Fire Insurance Company d/b/a, t/a The Travelers Companies, Inc., and demanding compensatory damages and other relief in a sum in excess of the local arbitration limits, exclusive of attorney's fees, pre-judgment interest, post-judgment interest and costs:

**PARTIES**

1. Plaintiff Brian Hendricks (hereinafter referred to as "Mr. Hendricks"), is an adult individual, citizen of Delaware who resides at 595 Harvest Grove Trail, Dover, DE 19901. For all times relevant, Mr. Hendricks was the operator of a 2024 Jeep Grand Cherokee bearing the Delaware license plate XO587155.

2. Plaintiff Toni Hendricks (hereinafter referred to as "Mrs. Hendricks"), is an adult individual, citizen of Delaware, who resides at 595 Harvest Grove Trail, Dover, DE 19901. For all times relevant, Mrs. Hendricks was the owner of the 2024 Jeep Grand Cherokee bearing the Delaware license plate XO587155.

3. For all times relevant, Mr. and Mrs. Hendricks were legally married.

4. Defendant, Tanner Allison ("Mr. Allison"), is an adult individual who resides at 1333 Walnut Street, Jersey Shore, PA 17740. For all times relevant, Mr. Allison was the operator of a 2010 Chevrolet Traverse bearing the Pennsylvania license plate GPA4950.

5. Defendant, Nicole Allison, ("Ms. Allison") is an adult individual who resides at 1333 Walnut Street, Jersey Shore, PA 17740. For all times relevant, Ms. Allison was the owner of the 2010 Chevrolet Traverse bearing the Pennsylvania license plate GPA4950.

6. Defendant, The Standard Fire Insurance Company ("Standard Fire"), is a wholly owned subsidiary of The Travelers Companies, Inc. and is a corporation that is licensed to sell automobile insurance in Pennsylvania, with and/or through places of business located throughout the Commonwealth of Pennsylvania. Standard Fire is a Connecticut corporation with a principal place of business at 1 Tower Square, Hartford, CT 06183.

7. On December 1, 2024, Mr. Hendricks was operating a vehicle insured under a Standard Fire insurance policy numbered 6162872642031 and is therefore entitled to underinsured and/or uninsured benefits. A true and correct copy of the insurance policy is attached hereto as **Ex. 1**.

8. Pursuant to their policies, if Plaintiff and Standard Fire do not agree as to fault or the amount of damages in the event that Plaintiff is injured as a result of a motor vehicle accident, the insured (Plaintiff) shall file a lawsuit against Standard Fire in a Court that has jurisdiction.

9. Standard Fire is a Pennsylvania automobile "insurer" for purposes of 42 Pa.C.S.A. §8371.

## JURISDICTION

10. Jurisdiction over this matter is proper pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship among the parties and the damages claimed are greater than $75,000, exclusive of interest and costs.

## OPERATIVE FACTS

11. On December 1, 2024, at approximately 5:10 p.m. Mr. Hendricks was operating the above-described Jeep Grand Cherokee on I-476 South in Lower Macungie Township, Pennsylvania. At all times relevant hereto, Mrs. Hendricks was sitting in the passenger seat of the Jeep Grand Cherokee.

12. At or about that time, Defendant Tanner Allison was also operating his motor vehicle on I-476 South in Lower Macungie Township, Pennsylvania, travelling some distance behind Mr. Hendricks.

13. Both Mr. Hendricks and Defendant, Mr. Allison, were traveling in the left hand lane of I-476.

14. At about this time, Mr. Hendricks slowed and then stopped his vehicle in response to congestion in front of him.

15. Mr. Allison, who was tailgating Mr. Hendricks's vehicle, failed to reduce his speed and instead drove directly into the back of Mr. Hendricks's stopped vehicle.

16. Pennsylvania State Police responded to the scene of the accident and cited Mr. Allison for following too closely behind Mr. Hendricks's vehicle.

17. As a result of the collision, Mr. Hendricks suffered serious and grievous injuries.

18. The injuries and damages suffered by Plaintiffs were caused as a direct and proximate result of the negligent, careless, and/or reckless conduct of Defendants and said injuries include, but are not limited to:

a. Neck pain;

b. Lower back pain;

c. Cervicalgia;

d. Cervical spinal stenosis;

e. Headaches;

f. Cervical strain;

g. Thoracic spine pain;

h. Cervical radiculopathy;

i. Shoulder pain;

j. Aggravation of pre-existing conditions;

k. Pain and suffering;

l. Mental anguish;

m. Emotional distress;

n. Embarrassment;

o. Humiliation;

p. All other injuries documented in Plaintiffs' medical records; and

q. Severe and chronic pain, all of which has caused great pain and suffering, mental anguish, distress, inconvenience, loss of sleep, loss of well-being, limitation of motion, loss of the ability to enjoy life and life's normal activities, nervousness, exhaustion, and loss of self-confidence, all of which may continue into the future for an indefinite period of time.

19. The injuries and damages sustained by Plaintiff Mr. Hendricks, as set forth above, were caused in no way or manner by any negligent act or failure to act on the part of the Plaintiffs.

20. It is believed and therefore averred, that the injuries suffered by Plaintiff Mr. Hendricks will continue indefinitely into the future and may be permanent.

21. As a result of the Defendants' negligence, carelessness, recklessness, and actions and/or failures to act as hereinafter set forth, Plaintiff Mr. Hendricks has been obligated to expend, and has expended, various and diverse sums of money for medicines and medical and rehabilitative care in and about an effort to treat the injuries he has suffered, all for which claim is made.

22. Plaintiff Mr. Hendricks will also be obligated to receive, and undergo, medical and rehabilitative care and attention for an indefinite period of time into the future and will incur medical bills for these treatments and attention, including medicines, into the future, all for which claim is made.

23. As a further result of the aforesaid injuries and the Defendants' conduct, Plaintiff Mr. Hendricks has sustained a permanent diminution in his ability to enjoy life and life's pleasures, for which claim is made.

24. Plaintiff Mr. Hendricks believes, and therefore avers, that the aforesaid injuries are permanent, that medical rehabilitative attention will be required into the future, and that Plaintiff Mr. Hendricks has suffered permanent disabilities and pain and suffering, and further, that the pain and suffering already experienced will continue indefinitely and permanently into the future, for which claim is made.

## COUNT I – NEGLIGENCE
## PLAINTIFF BRIAN HENDRICKS
## V.
## DEFENDANT TANNER ALLISON

25. Plaintiff Mr. Hendricks incorporates by reference the previous paragraphs as if fully set forth herein.

26. Plaintiff Mr. Hendricks believes, and therefore avers, that the injuries and damage he suffered were caused by the negligent and/or reckless and/or careless conduct of Defendant Tanner Allison, and said conduct consisted of one or more of the following:

a. Failure to adhere to the rules of the road;

b. Failing to apply his brakes in a timely fashion to avoid hitting Plaintiff's vehicle;

c. Operating his vehicle at an unsafe speed for the conditions present at the time of the crash;

d. Following too closely behind Plaintiff's vehicle;

e. Failing to maintain a safe distance behind Plaintiff's vehicle;

f. Failing to follow traffic signals, signs, and rules of the roadway;

g. Failing to observe other motor vehicles on the roadway;

h. Failing to use the appropriate amount of caution and care when operating his vehicle;

i. Failing to be attentive to other motor vehicle operators on the roadway;

j. Failing to give prior sound, signal or warning of the presence of his motor vehicle prior to the collision;

k. Texting while operating a motor vehicle;

l. E-mailing while operating a motor vehicle;

m. Operating and/or otherwise using a GPS and/or navigation device while operating a motor vehicle;

n. Operating his vehicle in excess of the posted speed limit (i.e. speeding);

o. Failing to apply the brakes of his motor vehicle so as to come to a complete stop to avoid striking the vehicle he was following;

p. Inattentiveness in the operation of his vehicle;

q. Failing to maintain a proper lookout and to bring his vehicle to a complete stop;

r. Failing to take evasive action in order to avoid impacting the motor vehicle operating and/or stopped in front of him;

s. Carelessly operating his motor vehicle, in violation of 75 Pa.C.S. §3310;

t. Carelessly operating his motor vehicle, in violation of 75 Pa.C.S. §3714; and

u. Recklessly operating his motor vehicle in violation of 75 Pa.C.S. § 3736.

**WHEREFORE,** Plaintiffs pray for judgment against Defendant Tanner Allison for an amount in excess of seventy-five thousand dollars ($75,000.00) exclusive of interest, costs, attorneys' fees, punitive damages, damages for delay, and such other relief as the Court deems just and appropriate under the circumstances.

**COUNT II – NEGLIGENCE**
**PLAINTIFF BRIAN HENDRICKS**
**V.**
**DEFENDANT NICOLE ALLISON**

27. Plaintiff incorporates by reference the previous paragraphs as if fully set forth herein.

28. Plaintiff believes, and therefore avers, that the injuries and damages suffered were caused by the negligent and/or careless conduct of Defendant Nicole Allison, and said conduct consisted of one or more of the following:

a. Entrusting her motor vehicle to Mr. Allison for use when Ms. Allison knew, or in the exercise of reasonable care, should have known, that Mr. Allison was not capable of operating the motor vehicle safely and properly;

b. Entrusting her motor vehicle to Mr. Allison for use when Ms. Allison knew, or in the exercise of reasonable care, should have known, that Mr. Allison was going to drive the vehicle in an improper, dangerous and reckless manner;

c. Permitting Mr. Allison to use her vehicle when Ms. Allison knew, or should have known, that Mr. Allison did not have sufficient driving experience or know how to operate the vehicle safely and properly;

d. Failing to properly maintain her vehicle in a safe condition;

e. Failing to ascertain whether Mr. Allison was capable of driving the motor vehicle

safely and properly;

f. Permitting Mr. Allison to operate the motor vehicle when his driving record and history showed that he was not capable of operating it safely;

g. Failing to inspect her vehicle to assure that it was roadworthy prior to giving it to Mr. Allison to operate; and

h. Violating the laws of the Commonwealth of Pennsylvania and the Pennsylvania Motor Vehicle Code.

29. Plaintiff believes and therefore avers that at all times relevant hereto, Defendant, Mr. Allison was an actual or ostensible agent of Defendant Ms. Allison; thus Ms. Allison is liable to Plaintiff under the doctrine of *Respondeat Superior* for all of Mr. Allison's acts and omissions committed within the course and scope of his agency.

30. All of the acts and/or omissions alleged against Defendant, Tanner Allison, were committed within the course and scope of his agency and/or ostensible agency and with the express or implied permission of, or on behalf of, Nicole Allison.

31. Plaintiff believes and therefore avers that the conduct or lack thereof on the part of the Defendant, Ms. Allison, in entrusting her motor vehicle to Defendant Mr. Allison was so reckless and careless that it was outrageous and/or wanton and was in such disregard of the risk of harm to Plaintiff's interest that the Plaintiff is entitled to punitive damages in addition to compensatory damages.

**WHEREFORE,** Plaintiff prays for the judgment against Defendant, Ms. Allison, individually, and jointly and severally, for an amount in excess of seventy-five thousand dollars ($75,000.00) exclusive of interest, costs, attorneys' fees, punitive damages, damages for delay, and such other relief as the Court deems just and appropriate under the circumstances.

## COUNT III – UNDERINSURED MOTORIST CLAIM
**PLAINTIFF BRIAN HENDRICKS**
**V.**

**Defendant The Standard Fire Insurance Company d/b/a, t/a The Travelers Companies, Inc.**

32. Plaintiff Mr. Hendricks incorporates by reference the previous paragraphs as if fully set forth herein.

33. At all times material hereto, Plaintiff Mr. Hendricks maintained a valid personal automobile insurance policy which included underinsured motorist coverage. *See* **Ex. 1**.

34. Defendants, Tanner Allison and Nicole Allison have insufficient insurance to compensate Plaintiff Mr. Hendricks, for the injuries and damage caused by the motor vehicle accident.

35. As a result of the aforementioned injuries, Plaintiff Mr. Hendricks's claims exceed the value of the tortfeasor's insurance policy limits.

36. The policy with Defendant Standard Fire does not contain an arbitration clause for resolution of the underinsured motorist claim. Therefore, Plaintiff herein timely asserts a claim for underinsured motorist benefits.

37. Plaintiff has met and satisfied, or will meet and satisfy, all conditions set forth in said underinsurance policy which entitles Plaintiff to payment of underinsured motorist benefits.

38. Plaintiff Mr. Hendricks and Defendant Standard Fire do not agree or may not agree as to what amount of compensatory damages the insured (Mr. Hendricks) is legally entitled to recover from the third-party case against the driver and owner of the underinsured motor vehicle, and as to what amount of compensatory damages the insured (Mr. Hendricks) is legally entitled to recover from the underinsurance claim. Therefore, pursuant to the aforementioned policies of insurance between Plaintiff and Defendant Standard Fire, Plaintiff has filed this lawsuit against Standard Fire and against the owners and driver of the underinsured motor vehicle.

**WHEREFORE,** Plaintiff, Brian Hendricks prays for judgment against Defendant The Standard Fire Insurance Company d/b/a, t/a The Travelers Companies, Inc., for an amount in

excess of seventy-five thousand dollars ($75,000.00) exclusive of interest, costs, attorneys' fees, punitive damages, damages for delay, and such other relief as the Court deems just and appropriate under the circumstances.

**COUNT IV – LOSS OF CONSORTIUM**
**PLAINTIFF TONI HENDRICKS**
**V.**
**ALL DEFENDANTS**

39. Plaintiffs incorporate by reference the preceding paragraphs as if fully set forth at length herein.

40. As a result of the negligent, careless, and reckless conduct and misconduct of the Defendants, Plaintiff Mrs. Hendricks has been deprived of the support, services, assistance, society, companionship and consortium of her husband, Mr. Hendricks, and will be so deprived in the future, all to her great detriment and loss.

41. Plaintiff Mrs. Hendricks's loss of the consortium with her husband was the direct and proximate result of the negligent and reckless actions of an underinsured motorist who was negligently operating a motor vehicle on a public road.

42. Plaintiff Mrs. Hendricks's loss of consortium and the resulting damage were in no way or manner caused by any act or failure to act on the part of Plaintiffs Mr. and Mrs. Hendricks.

**WHEREFORE,** Plaintiffs pray for judgment against Defendants Tanner Allison, Nicole Allison, and The Standard Fire Insurance Company d/b/a, t/a The Travelers Companies, Inc., for an amount in excess of seventy-five thousand dollars ($75,000.00) exclusive of interest, costs, attorneys' fees, punitive damages, damages for delay, and such other relief as the Court deems just and appropriate under the circumstances.

RESPECTFULLY SUBMITTED,

**THE CURRAN FIRM, P.C.**

**BY:** */s/ Ryan F. Curran*

**RYAN F. CURRAN, ESQUIRE**
**200 EAST STATE STREET, SUITE 103**
**MEDIA, PA 19063**
**PH.:(610) 566-5300 / FAX:(610) 566-6114**
RCURRAN@THECURRANFIRM.COM
WWW.THECURRANFIRM.COM
***ATTORNEY FOR PLAINTIFFS***
***BRIAN HENDRICKS AND TONI HENDRICKS***

**DATED:** NOVEMBER 12, 2026

# EXHIBIT "1"

This is to certify that this is a reproduction, from the company's records, of the insurance policy between the insured and the insuring company as described on the Declarations Page. It is a full, true and complete reproduction of the insurance policy. No additional insurance is afforded by this copy.

Signature:

Peter J. Michalik, Director, Operations
Document Management

Date: 9.30.2026

TRAVELERS

# Automobile Policy Declarations

## 1. Named Insured

BRIAN AND TONI HENDRICKS
595 HARVEST GROVE TRL
DOVER, DE 19901-2796

**Your Auto Policy Number** 616287264 203 1
**Your Account Number** 616287264

## Your Agency's Name and Address

TRAVELERS
PO BOX 2906
HARTFORD, CT 06104-9900

**For Policy Service** 1.800.626.9078
**For Claim Service** For questions on filing a claim or to file a claim go to **Travelers.com** or call 1.800.252.4633
**For Roadside Assistance** 1.800.252.4633

## 2. Premium

**This is change number 2, which is effective October 2, 2024.**

* This change causes no additional or return premium for the policy period.
* The policy period is from August 25, 2024 to August 25, 2025.
* Lien Holder/Additional Insured has been changed.
* These Declarations replace all prior Automobile Policy Declarations on the date on which this change is effective.

## 3. Your Vehicles

| Your Vehicles | Identification Numbers |
|---|---|
| 1. 2023 JEEP GLADIATOR | 1C6HJTAG9PL566705 |
| 2. 2024 JEEP GRAND CHER | 1C4RJKBG0R8544393 |

## 4. Coverages, Limits of Liability and Premiums

Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

| | VEHICLE 1<br>23 JEEP GLADIATOR | VEHICLE 2<br>24 JEEP GRAND CHER |
|---|---|---|
| **A. Bodily Injury**<br>$250,000 each person<br>$500,000 each accident | [redacted] | |
| **B. Property Damage**<br>$100,000 each accident | | |
| **D1. Uninsured Motorists Bodily Injury**<br>$100,000 each person<br>$300,000 each accident | | |
| **D2. Uninsured Motorists Property Damage**<br>$10,000 each accident | | |
| **E. Collision**<br>Actual Cash Value less<br>$500 deductible | | |

TRAVELERS

## 4. Coverages, Limits of Liability and Premiums (continued)

Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

| | VEHICLE 1<br>23 JEEP GLADIATOR | VEHICLE 2<br>24 JEEP GRAND CHER |
|---|---|---|
| **F. Comprehensive**<br>Actual Cash Value less<br>$250 deductible | [redacted] | |
| **Glass Deductible**<br>See Endorsement E1OCW02 (01-15)<br>$50 deductible | | |
| **Q. Basic Personal Injury Protection**<br>$15,000 limit each person<br>$30,000 limit each accident<br>Deductible Option E $250, Applicable to Named Insured | | |
| **Property Protection Benefits**<br>$10,000 limit each accident<br>See Coverage Section Q01DE00 | | |
| **Personal Property Coverage**<br>See Endorsement E1VCW01 (10-13)<br>$500 limit | | |
| **Roadside Assistance Coverage**<br>See Endorsement E1RCW02 (10-13)<br>Up to 100 miles per disablement | | |
| **Trip Interruption Coverage**<br>See Endorsement E1SCW01 (10-13) | | |
| **Package Premiums^** | | |
| **Premier Roadside Assistance** | | |
| **Subtotal for your vehicle(s):** | | |

**Total Premium for this Policy:** [redacted]

**This is not a bill. You will be billed separately for this transaction.**

^ The Premier Roadside Assistance Package consists of Roadside Assistance Coverage, Trip Interruption Coverage, and Personal Property Coverage endorsements.

TRAVELERS

| | | | |
|---|---|---|---|
| Named Insured | BRIAN AND TONI HENDRICKS | Policy Number | 616287264 203 1 |
| Policy Period | August 25, 2024 to August 25, 2025 | Issued On Date | October 2, 2024 |

## 5. Information Used to Rate Your Policy

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review or if any of the information below is incorrect or has changed, please contact your agent.

**Discounts**

| | | |
|---|---|---|
| Safe Driver Discount | | |
| 5 Years Accident and Violation Free | | |
| Multi-Policy Discount | | |
| Multi-Car Discount | | |
| Good Payer Discount | | |
| Payroll Deduction Discount | | |
| Affinity Discount | | |
| Continuous Insurance Discount | | |
| Early Quote Discount | | |
| New Car Discount | 23 JEEP | 24 JEEP |
| Automatic Emergency Braking Discount | 24 JEEP | |

**Your Total Savings Reflected in Your Total Premium:** [redacted]

| Drivers | Date of Birth | Gender | Marital Status | Driver Type |
|---|---|---|---|---|
| 1. BRIAN | [redacted] | Male | Married | Licensed |
| 2. TONI | [redacted] | Female | Married | Licensed |
| 3. MYAH | [redacted] | Female | | Unlicensed |

| Vehicles | Use of Vehicle | Mileage | Location of Vehicle |
|---|---|---|---|
| 1. 23 JEEP GLADIATOR | Commute | 9,001 | DOVER, DE |
| 2. 24 JEEP GRAND CHER | Commute | Not Verified | DOVER, DE |

| Vehicle History | Length of Vehicle Ownership* |
|---|---|
| 1. 23 JEEP GLADIATOR | Less than 1 Year |
| 2. 24 JEEP GRAND CHER | Not Verified |

**When policy originated or vehicle added.*

## 6. Other Information

**Your Insurer:**

THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**Lienholder/Loss Payees Information**

| | |
|---|---|
| 23 JEEP GLADIATOR<br>VIN # 1C6HJTAG9PL566705 | DEL-ONE FCU<br>270 BEISER BLVD<br>DOVER, DE 19904-7790<br>LOAN # |

TRAVELERS

## 6. Other Information (continued)

**Lienholder/Loss Payees Information**

24 JEEP GRAND CHER
VIN # 1C4RJKBG0R8544393

PSECU
PO BOX 60070
HARRISBURG, PA 17106-0070
LOAN #

**Policy Coverage Sections and Endorsements That Form a Part of This Policy:**

| | |
|---|---|
| G01DE00 (05-21) | General Provisions Section |
| L01DE00 (05-21) | Liability Coverage Section |
| Q01DE00 (05-21) | Personal Injury Protection Coverage Section |
| U01DE00 (05-21) | Uninsured Motorists Coverage Section |
| P01CW02 (05-15) | Damage To Your Auto Coverage Section |
| S01CW01 (10-13) | Signature Page |
| E1OCW02 (01-15) | Glass Deductible |
| E1RCW02 (10-13) | Roadside Assistance Coverage |
| E1SCW01 (10-13) | Trip Interruption Coverage |
| E1VCW01 (10-13) | Personal Property Coverage |
| E2RDE02 (07-24) | Amendment of Policy Provisions - Delaware |

Issued on 10/02/2024

## FOR YOUR INFORMATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once at the website, type in your policy number 6162872642031 and product code QA2 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

Information regarding your vehicles' ownership and damage history has impacted how we determined your premium.

The Delaware Civil Union and Equality Act of 2011 provides that persons who enter into a civil union must be afforded the same obligations, protections and legal rights as married persons. This law is effective January 1, 2012 and is designed to ensure that civil unions and marriages are treated identically under Delaware law. In accordance with the law, this policy will be interpreted to provide the same benefits and protections to persons in a civil union or in a marriage.

TRAVELERS

| Named Insured | BRIAN AND TONI HENDRICKS | Policy Number | 616287264 203 1 |
|---|---|---|---|
| Policy Period | August 25, 2024 to August 25, 2025 | Issued On Date | October 2, 2024 |

## 6. Other Information (continued)

If any vehicle(s) 2006 or newer on your policy has an Automatic Emergency Braking System permanently installed and is not receiving the Automatic Emergency Braking discount, please call your agent at 1.800.626.9078.

# DELAWARE PERSONAL AUTO POLICY

## YOUR PERSONAL AUTO POLICY QUICK REFERENCE

**DECLARATIONS PAGE**
- Your Name and Address
- Your Auto or Trailer
- Policy Period
- Coverages and Amounts of Insurance

**Beginning on Page**


**GENERAL PROVISIONS SECTION**
AGREEMENT ........ GP-1
GENERAL DEFINITIONS ........ GP-1
DUTIES AFTER AN ACCIDENT OR LOSS ........ GP-2
GENERAL CONDITIONS ........ GP-3
Bankruptcy ........ GP-3
Changes ........ GP-3
Fraud ........ GP-3
Legal Action Against Us ........ GP-3
Our Right To Recover Payment ........ GP-4
Policy Period And Territory ........ GP-4
Transfer Of Your Interest In This Policy ........ GP-4
Two Or More Policies Issued To You ........ GP-4
Termination ........ GP-4

**LIABILITY COVERAGE SECTION**
**Coverage A – Bodily Injury**
**Coverage B – Property Damage**
Insuring Agreement ........ L-1
Supplementary Payments ........ L-1
Exclusions ........ L-1
Limit Of Liability ........ L-2
Out Of State Coverage ........ L-3
Financial Responsibility ........ L-3
Other Insurance ........ L-3

**PERSONAL INJURY PROTECTION COVERAGE SECTION**
**Coverage Q – Basic Personal Injury Protection Coverage (Split Limit)**
**Coverage Q1 – Basic Personal Injury Protection Coverage (Single Limit)**
Definitions ........ Q-1

Personal Injury Protection Coverage
Insuring Agreement ........ Q-1
Extension of Benefits ........ Q-1
Exclusions ........ Q-2
Limit Of Liability ........ Q-2
Other Insurance ........ Q-2
Arbitration ........ Q-3



© The Travelers Indemnity Company. All rights reserved.

**Property Protection Coverage**

- Insuring Agreement .......... Q-3
- Exclusions .......... Q-3
- Limit Of Liability .......... Q-3
- Other Insurance .......... Q-3
- Statutory Compliance .......... Q-3
- Arbitration .......... Q-3

**UNINSURED MOTORISTS COVERAGE SECTION**
**Coverage D1 – Uninsured Motorists Bodily Injury**
**Coverage D2 – Uninsured Motorists Property Damage**

- Insuring Agreement .......... UM-1
- Exclusions .......... UM-2
- Limit Of Liability .......... UM-2
- Other Insurance .......... UM-2
- Arbitration .......... UM-3

**DAMAGE TO YOUR AUTO COVERAGE SECTION**
**Coverage E – Collision**
**Coverage F – Comprehensive**
**Coverage G – Custom Equipment – Increased Limit**

- Insuring Agreement .......... PD-1
- Additional Coverages
  - A. Airbag Replacement .......... PD-2
  - B. Child Safety Seat .......... PD-2
  - C. Custom Equipment .......... PD-2
  - D. Transportation Expenses .......... PD-2
- Optional Coverage
  - Coverage G – Custom Equipment – Increased Limit .......... PD-2
- Exclusions .......... PD-3
- Limit Of Liability .......... PD-4
- Payment Of Loss .......... PD-4
- No Benefit To Bailee .......... PD-4
- Other Sources Of Recovery .......... PD-4
- Appraisal .......... PD-5
- Loss Payable Clause .......... PD-5

**SIGNATURE PAGE** .......... S-1



© The Travelers Indemnity Company. All rights reserved.

# DELAWARE PERSONAL AUTO POLICY

**Travelers Companies**
Hartford, Connecticut
(Each a Stock Insurance Company)

## GENERAL PROVISIONS SECTION

**Unless otherwise stated, the provisions in this General Provisions Section apply to all Coverage Sections and endorsements of this policy.**

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages you have selected. These are shown by premium entries in the Declarations. The Declarations is a part of this policy.

## GENERAL DEFINITIONS

Throughout this policy:

A. "You" and "your" refer to:
   1. The "named insured" shown in the Declarations; and
   2. The spouse if a resident of the same household.
      If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:
      a. The end of 90 days following the spouse's change of residency;
      b. The effective date of another policy listing the spouse as a named insured; or
      c. The end of the policy period.

B. "We", "us" and "our" refer to the member company of Travelers providing this insurance and shown as the insurer in Item 6 of the Declarations.

C. We consider a private passenger auto, sport utility vehicle, pickup or van to be owned by a person if leased:
   1. Under a written agreement to that person; and
   2. For a continuous period of at least 6 months.

D. "Minimum limits" refers to the minimum limits of liability as required by Delaware law, to be provided under a policy of automobile liability insurance.

Other words and phrases are defined. They are in quotation marks when used.

E. "Bodily injury" means bodily harm, sickness or disease, including death that results.

F. "Business" includes trade, profession or occupation.

G. "Newly acquired auto":
   1. "Newly acquired auto" means any of the following types of vehicles of which you become the owner during the policy period:
      a. A private passenger auto or sport utility vehicle; or
      b. A pickup or van, for which no other insurance policy provides coverage, that:
         (1) Has a Gross Vehicle Weight Rating of 10,000 lbs. or less; and
         (2) Is not used for the delivery or transportation of goods and materials unless such use is:
            (a) Incidental to your "business" of installing, maintaining or repairing furnishings and equipment; or
            (b) For farming or ranching.
   2. Coverage for a "newly acquired auto" is provided as described in 3.a. and 3.b. below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for that "newly acquired auto" will begin at the time you request the coverage and you will not have coverage for the elapsed period of time.
   3. Coverage for a "newly acquired auto" depends on whether the vehicle is in addition to or replaces a vehicle shown in the Declarations.
      a. A "newly acquired auto" which is in addition to any vehicle shown in the Declarations will have the broadest coverage we provide for any vehicle shown in the Declarations. Coverage begins on the date you become the



© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

owner. However, for coverage to apply you must ask us to insure it within 30 days after you become the owner.

b. If a "newly acquired auto" replaces a vehicle shown in the Declarations, it will have the same coverage as the vehicle it replaced without your having to ask us to insure it. However, you must ask us to insure a replacement vehicle within 30 days if:
   (1) You wish to add or continue any coverage provided in the Damage To Your Auto Coverage Section; or
   (2) It is a pickup or van used in any "business" other than farming or ranching.

H. "Occupying" means:
   1. In;
   2. Upon; or
   3. Getting in, on, out or off.

I. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

J. "Resident relative" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child. Your unmarried dependent children, wards, and foster children while temporarily away from home will be considered residents if they intend to resume residing in your household.

K. "Trailer" means a vehicle designed to be pulled by a:
   1. Private passenger auto or sport utility vehicle; or
   2. Pickup or van.

   It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

L. "Your covered auto" means:
   1. Any vehicle shown in the Declarations.
   2. A "newly acquired auto".
   3. Any "trailer" you own.
   4. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
      a. Breakdown;
      b. Repair;
      c. Servicing;
      d. Loss; or
      e. Destruction.

      This provision (L.4.) does not apply to the Damage To Your Auto Coverage Section.

## DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:
   1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
   2. Promptly send us copies of any notices or legal papers received or served in connection with the accident or loss.
   3. Submit, as often as we reasonably require:
      a. To physical exams by physicians we select. We will pay for these exams.
      b. To examination under oath and subscribe the same. We may require such exam under oath:
         (1) From other persons insured under this policy (including a "resident relative").
         (2) Be done separately and outside the presence of any witnesses or persons insured or seeking benefits under this policy.
   4. Authorize us to obtain:
      a. Medical reports; and
      b. Other pertinent records.
   5. Submit a proof of loss when required by us.

**Additional Duties For Personal Injury Protection Coverage**

A person seeking benefits under Personal Injury Protection Coverage, Added Personal Injury Protection Coverage and Property Protection Coverage must also fully comply with the following additional duties:

A. The "insured" or someone on their behalf shall promptly, but in no event more than two years after expenses are incurred, give us written proof of claim, under oath if required.

B. If the "insured" or their legal representative takes legal action to recover damages for "bodily injury" against a third party, that person must promptly forward to us a copy of the summons and complaint or other process served in connection with the legal action.

With respect to Property Protection
Coverage the following duties are added:

A. In the event of theft, the named insured must promptly notify the police.

B. In the event of loss:



© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

1. The property shall be protected from further loss. We will pay reasonable expenses incurred to do this. However, we will not pay for any further loss resulting from the failure to protect the property.
2. Within 91 days after loss:
   a. Sworn proof of loss, in such form and containing information as we may reasonably require, shall be submitted to us.
   b. At our request:
      (1) The damaged property shall be shown to us; and
      (2) The owner or bailee for such property shall submit to examination under oath.

**Additional Duties For Uninsured Motorists Coverage**

If Coverage D1 – Uninsured Motorists Bodily Injury or Coverage D2 – Uninsured Motorists Property Damage is shown in the Declarations, a person seeking coverage must also promptly:

A. Notify the police if a hit-and-run driver is involved.
B. Send us copies of the legal papers if a suit is brought.

**Additional Duties For Collision And Comprehensive Coverages**

If Coverage E – Collision or Coverage F – Comprehensive is shown in the Declarations, a person seeking coverage must also:

A. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.
B. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.
C. Permit us to inspect and appraise the damaged property before its repair or disposal.

## GENERAL CONDITIONS

**Bankruptcy**

Bankruptcy or insolvency of the "insured" will not relieve us of any obligations under this policy.

**Changes**

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.
B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:
   1. The number, type or use of insured vehicles;
   2. Operators using insured vehicles;
   3. The place of principal garaging of insured vehicles; or
   4. Coverage, deductible or limits.
      a. If a change resulting from A. or B. above requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.
C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (C.) does not apply to changes implemented with a general policy revision that includes both broadenings and restrictions in coverage, whether that general policy revision is implemented through introduction of:
   1. A subsequent edition of your policy or any of its Coverage Sections; or
   2. An amendatory endorsement.

**Fraud**

We do not provide coverage for any person under this policy who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

**Legal Action Against Us**

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under the Liability Coverage Section, no legal action may be brought against us until:
   1. We agree in writing that the "insured" has an obligation to pay; or
   2. The amount of that obligation has been finally determined by judgment after trial.
B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".



© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

### Our Right To Recover Payment

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we are subrogated to that right. That person must do:
   1. Whatever is necessary to enable us to exercise our rights; and
   2. Nothing after loss to prejudice them.

   For Damage To Your Auto Coverage Section, our rights in this Paragraph A. do not apply against any person using "your covered auto" with a reasonable belief that such person is entitled to do so.

   For damages caused by an accident with an "underinsured motor vehicle" Paragraph A. above does not apply.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person must:
   1. Hold in trust for us the proceeds of the recovery; and
   2. Reimburse us to the extent of our payment.

   For Personal Injury Protection Coverage, Added Personal Injury Protection (if applicable), Property Protection Coverage or for damages caused by an accident with an "underinsured motor vehicle" Paragraph B. above does not apply.

C. With respect to damages caused by an accident with an "uninsured motor vehicle" A. and B. above are replaced by the following:
   1. If we make a payment under the Uninsured Motorists Coverage and the person to or for whom payment was made has a right to recover damages from another, we are subrogated to that right up to the limits specified in the Delaware Financial Responsibility Law. That person must do:
      a. Whatever is necessary to enable us to exercise our rights; and
      b. Nothing after loss to prejudice them.
   2. If we make a payment under the Uninsured Motorists Coverage and the person to or for whom payment is made recovers damages from another, that person must:
      a. Hold in trust for us the proceeds of the recovery; and
      b. Reimburse us to the extent of our payment up to the limits specified by the Delaware Financial Responsibility Law.

### Policy Period And Territory

A. This policy applies only to accidents and losses which occur:
   1. During the policy period shown in the Declarations; and
   2. Within the policy territory.

B. The policy territory is:
   1. The United States of America, its territories or possessions;
   2. Puerto Rico; or
   3. Canada.

   This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

   However, with respect to Personal Injury Protection the policy territory for Personal Injury Protection Coverage and Added Personal Injury Protection Coverage (if applicable) is:
   1. The United States of America, its territories or possessions; or
   2. Canada.

   The policy territory for Property Protection Coverage is Delaware.

### Transfer Of Your Interest In This Policy

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:
   1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and
   2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

B. Coverage will only be provided until the end of the policy period.

### Two Or More Policies Issued To You

If this policy and any other auto insurance policy issued to you by us or any of our personal insurance affiliates apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

### Termination

A. Cancellation
   This policy may be cancelled during the policy period as follows:
   1. The named insured shown in the Declarations may cancel by:
      a. Returning this policy to us; or
      b. Giving us advance notice of the date cancellation is to take effect.

      We may accept another form of notice from the named insured. If there is more than one


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

person shown as named insured in the Declarations, any named insured may cancel this policy. The cancellation by one named insured will be binding on any other named insured.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:
   a. At least 15 days notice if cancellation is for nonpayment of premium;
   b. At least 10 days notice if cancellation is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or
   c. At least 30 days notice by certified mail or by USPS Intelligent Mail barcode (IMb) in all other cases.
3. When this policy is in effect for 60 days or more, or if this is a renewal or continuation policy, we will cancel only:
   a. For nonpayment of premium;
   b. If the policy was obtained through material misrepresentation;
   c. If any "insured" violated any of the terms and conditions of the policy;
   d. If you knowingly failed to disclose fully your motor vehicle accidents and moving traffic violations, or your losses covered under any automobile physical damage or comprehensive coverage, for the preceding 36 months, if called for in the application;
   e. As to the renewal of the policy, if you at any time while the policy was in force failed to disclose fully to us, upon request, facts relative to accidents and losses incurred material to underwriting of the risk;
   f. If any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;
   g. If you or any driver who lives with you or any driver who customarily operates "your covered auto":
      (1) Has, within the 36 months prior to the notice of cancellation, had a driver's license suspended or revoked.

      However, this paragraph (g.(1)) shall not apply if the driver's license of a person under the age of 18 years has been suspended or revoked pursuant to:
         a. A court order declaring that the person is delinquent;
         b. A nondriving-related violation for underage consumption and/or possession of alcohol;
         c. A nondriving-related drug offense; or
         d. The Delaware Department of Public Safety having reason to believe the person is a reckless or negligent driver of a motor vehicle or has committed a serious moving traffic violation;
      (2) Has a history of and is subject to epilepsy or heart attacks and such individual cannot produce a certificate from a physician testifying to his or her unqualified ability to operate a motor vehicle safely;
      (3) Has an accident record, conviction record (criminal or traffic) or physical, mental or other condition which is such that his or her operation of an auto might endanger the public safety;
      (4) Has, while the policy is in effect, engaged in a competitive speed contest while operating "your covered auto";
      (5) Is addicted to or uses narcotics or other drugs;
      (6) Uses alcoholic beverages to excess, thereby impairing his or her ability to operate a motor vehicle;
      (7) Has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for:
         a. Any felony;
         b. Criminal negligence resulting in death, homicide or assault arising out of the operation of a motor vehicle;
         c. Operating a motor vehicle while in an intoxicated condition or while under the influence of drugs;
         d. Leaving the scene of an accident without stopping to report;
         e. Theft or unlawful taking of a motor vehicle; or
         f. Making false statements in an application for a driver's license; or


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(8) Has been convicted of, or forfeited bail for, three or more violations, the point total for which exceeds eight points, or three at-fault accidents in which claims are paid in excess of $250 per accident within the 36 months immediately preceding the notice of cancellation, of any law, ordinance or regulation limiting the speed of motor vehicles or any of the provisions of the motor vehicle laws of any state, violation of which constitutes a dangerous moving violation as set forth in the Delaware Insurance Code, whether or not the violations were repetitions of the same offense or different offenses; or

h. If "your covered auto" is:

(1) So mechanically defective that its operation might endanger public safety;

(2) Used in carrying passengers for hire or compensation. This does not include a car pool;

(3) Used in the business of transportation of flammables or explosives;

(4) An authorized emergency vehicle;

(5) Modified or changed in condition during the policy period so as to increase the risk substantially; or

(6) Subject to an inspection law and has not been inspected or, if inspected, fails to qualify.

B. Nonrenewal

If we decide not to renew or continue this policy, we will mail notice by certified mail or by USPS Intelligent Mail barcode (IMb) to the named insured shown in the Declarations at the last address known by us. Notice will be mailed at least 30 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

1. Less than six months, we will have the right not to renew or continue this policy every six months, beginning six months after its original effective date.
2. Six months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.
3. One year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

We will only nonrenew this policy if:

1. One or more of the reasons as listed in Paragraph 3. of Cancellation exist; or
2. We are otherwise permitted by the laws of the state of Delaware.

C. Automatic Termination

If we offer to renew or continue and you or your representative does not accept, this policy will automatically terminate at the end of the current policy period if the policy period is six months or more. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer. If this policy is written for a policy period of less than six months and we offer to renew or continue, we will provide you with:

1. Our offer to renew or continue coverage not less than 20 days prior to the policy expiration date; and
2. A notice of termination not less than five days prior to the policy expiration date or coverage termination date, if you fail to pay the required renewal or continuation premium when due.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

D. Other Termination Provisions

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice will be sufficient proof of notice.
2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. However, if the named insured cancels, we will send the refund only if one or more of the following has occurred:
   a. The named insured has other insurance in effect on "your covered auto" which provides at least the minimum limits required by the Delaware Insurance Code for liability and No-fault Coverage;
   b. "Your covered auto" is no longer owned by the named insured;
   c. "Your covered auto" is no longer operable or capable of being repaired so as to become operable; or
   d. The named insured becomes self-insured under the provisions of the Delaware Insurance Code.

   The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.
3. The effective date of cancellation stated in the notice shall become the end of the policy period.


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# LIABILITY COVERAGE SECTION
## Coverage A – Bodily Injury
## Coverage B – Property Damage

### Insuring Agreement

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for these coverages has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Coverage Section means:
   1. You or any "resident relative" for the ownership, maintenance or use of any auto or "trailer".
   2. Any person using "your covered auto".
   3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Coverage Section.
   4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "resident relative" for whom coverage is afforded under this Coverage Section. This provision (4.) applies only if the person or organization does not own or hire the auto or "trailer".

   "Insured" does not include:
   1. The United States of America or any of its agencies.
   2. Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

### Supplementary Payments

In addition to our limit of liability, we will pay on behalf of an "insured":
1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.
2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for these coverages.
4. Up to $250 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.
5. Other reasonable expenses incurred at our request.

### Exclusions

A. We do not provide Liability Coverage for any "insured":
   1. Who intentionally causes "bodily injury" or "property damage" to the extent that the limits of liability for this coverage exceed the minimum limits of liability required by the Financial Responsibility Law of the state of Delaware.
   2. For "property damage" to property owned or being transported by that "insured".
   3. For "property damage" to property:
      a. Rented to;
      b. Used by; or
      c. In the care of;

      that "insured".

      This Exclusion (A.3.) does not apply to "property damage" to a residence or private garage.
   4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.
   5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used, or during the period of time it is available to hire, as a public or livery



© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

conveyance. This Exclusion (A.5.) applies whether or not there is:

a. A passenger "occupying" the vehicle; or
b. Property being transported for a fee in or upon the vehicle.

This Exclusion (A.5.) does not apply:

a. To the extent that this coverage provides limits of liability required by the Financial Responsibility Law of the state of Delaware; or
b. To a vehicle used for a:
   (1) Share-the-expense car pool;
   (2) Charitable purpose; or
   (3) Volunteer purpose.

6. While employed or otherwise engaged in the "business" of:
   a. Selling;
   b. Repairing;
   c. Servicing;
   d. Storing; or
   e. Parking;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to the ownership, maintenance or use of **"**your covered auto**"** by:
   a. You;
   b. Any "resident relative"; or
   c. Any partner, agent or employee of you or any "resident relative".
7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion (A.6.).

   This Exclusion (A.7.) does not apply to the maintenance or use of a:
   a. Private passenger auto or sport utility vehicle;
   b. Pickup or van with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or
   c. "Trailer" used with a vehicle described in a. or b. above.
8. Using a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "resident relative" using "your covered auto" which is owned by you.
9. For "bodily injury" or "property damage" for which that "insured":
   a. Is an insured under a nuclear energy liability policy; or
   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:
   a. Nuclear Energy Liability Insurance Association;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.

B. We do not provide Liability Coverage for the ownership, maintenance or use of:
   1. Any vehicle which:
      a. Has fewer than four wheels; or
      b. Is designed mainly for use off public roads.

      This Exclusion (B.1.) does not apply:
      a. While such vehicle is being used by an "insured" in a medical emergency;
      b. To any "trailer"; or
      c. To any non-owned golf cart.
   2. Any vehicle, other than "your covered auto", which is:
      a. Owned by you; or
      b. Furnished or available for your regular use.
   3. Any vehicle, other than "your covered auto", which is:
      a. Owned by any "resident relative"; or
      b. Furnished or available for the regular use of any "resident relative".

      However, this Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:
      a. Owned by a "resident relative"; or
      b. Furnished or available for the regular use of a "resident relative".
   4. Any vehicle while participating or competing in, or practicing or preparing for, any prearranged or organized:
      a. Racing or speed contest, meet or rally, whether against another vehicle or against time;
      b. Demolition contest;
      c. Stunting activity; or
      d. High performance driving or racing instruction course or school.

      This Exclusion (B.4.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the activities listed above.
   5. "Your covered auto" during a period it is rented or leased to others. However, this Exclusion (B.5.) does not apply to the operation of "your covered auto" by you or a "resident relative".

## Limit Of Liability

A. Split Limits

   If the Declarations shows separate limits of liability for Coverage A and Coverage B:

   The limit of liability shown in the Declarations for each person for Coverage A is our maximum limit


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident.

Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Coverage A is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Coverage B is our maximum limit of liability for all "property damage" resulting from any one auto accident.

These limits are the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

B. Single Limit

1. If the Declarations shows a single limit of liability for Coverage A and Coverage B combined:

   The limit of liability shown is our maximum limit of liability for all damages arising out of "bodily injury" and "property damage" resulting from any one auto accident.

   This is the most we will pay regardless of the number of:

   a. "Insureds";
   b. Claims made;
   c. Vehicles or premiums shown in the Declarations; or
   d. Vehicles involved in the auto accident.

2. We will apply the limit of liability shown in the Declarations to first provide the separate minimum limits required by the Financial Responsibility Law of Delaware for:

   a. "Bodily injury" of one person in any one auto accident;
   b. "Bodily injury" of two or more people in any one auto accident; and
   c. Injury or destruction of property of others in any one auto accident.

   However, this provision (B.2.) will not change our total limit of liability.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:

1. Any other Coverage Section or part of this policy; or
2. Any other personal auto policy issued to you by us or any of our affiliates.

**Out Of State Coverage**

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, this policy will provide the higher specified limit.
2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, this policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

**Financial Responsibility**

When this policy is certified as future proof of financial responsibility, this policy will comply with the law to the extent required.

**Other Insurance**

If there is other applicable liability insurance available, any insurance we provide shall be excess over any other applicable liability insurance. If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible liability insurance.



© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# PERSONAL INJURY PROTECTION COVERAGE SECTION
## Coverage Q – Basic Personal Injury Protection Coverage (Split Limit)
## Coverage Q1 – Basic Personal Injury Protection Coverage (Single Limit)

**Definitions**

A. The definition of "resident relative" is replaced by the following:
"Resident relative" means:
1. Members of the named insured's immediate family who do not have a separate household; and
2. Persons actually residing with and economically dependent on the named insured.

B. "Insured" as used in this coverage section means:
1. Any person injured while "occupying" "your covered auto";
2. Any person, other than an occupant of another "motor vehicle", injured in an accident involving "your covered auto"; or
3. The named insured or any "resident relative" injured while a pedestrian or while "occupying" any "motor vehicle" other than "your covered auto".

C. With respect to Personal Injury Protection Coverage:
1. "Your covered auto" means a "motor vehicle", owned by the named insured, to which the bodily injury liability coverage of this policy applies and which is registered in Delaware.
2. "Motor vehicle" means a land motor vehicle, including a trailer or semitrailer used with such vehicle, required to be registered, licensed and insured under the Delaware Financial Responsibility laws.

D. With respect to Property Protection Coverage:
"Your covered auto" means a "motor vehicle", owned by the named insured, to which the property damage liability coverage of this policy applies and which is registered in Delaware.

**Personal Injury Protection Coverage**

**Insuring Agreement**

A. We will pay, in accordance with the Delaware Code, personal injury protection benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must:
1. Be caused by an accident; and
2. Arise out of the ownership, maintenance or use of a "motor vehicle" as a "motor vehicle".

Personal injury protection benefits will be paid if incurred within two years from the date of the accident causing "bodily injury".

B. Subject to the limits shown in the Declarations, personal injury protection benefits consist of the following:
1. Medical Expenses. Reasonable and necessary expenses for:
   a. Medical, hospital, dental, surgical, x-ray, ambulance and professional nursing services and prosthetic devices.
   b. Nonmedical remedial care and treatment rendered in accordance with a recognized religious method of healing.
2. Income Loss.
   a. Loss of wages, salary or their equivalent, net of taxes, for work an "insured" would have performed had he not been injured.
   b. Loss of wages, salary or lost earnings, net of taxes, for work a self-employed "insured" would have performed had he not been injured.
3. Funeral Expenses. Reasonable, customary and necessary expenses for professional funeral services, including the cost of a burial plot.
4. Substitute Services Expenses. Reasonable and necessary extra expenses for personal services which would have been performed by the "insured" had he not been injured.

**Extension Of Benefits**

If within two years from the date of an accident causing "bodily injury", a qualified medical practitioner verifies in writing that surgical or dental procedures are:
1. Necessary;
2. Medically determined at that time; and
3. Impossible or impractical to perform within this two-year period;

we will view:
1. The cost of such surgical or dental procedures;
2. Expenses for related medical treatment; and
3. Income loss resulting from such procedures;


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

as being incurred within two years from the date of the accident. Income loss shall be limited to the period of time, not to exceed 90 days, reasonably necessary to recover from such surgical or dental procedures. We may, at our option, pay such costs either at the time they are determined or at the time they are incurred.

**Exclusions**

A. We will not provide Personal Injury Protection Coverage for "bodily injury" sustained by any "insured":
   1. Any "insured" while "occupying" "your covered auto" when it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (A.1.) applies whether or not there is:
      a. A passenger "occupying" the vehicle; or
      b. Property being transported for a fee in or upon the vehicle.

   This Exclusion (A.1.) does not apply:
      a. To the extent that this coverage provides the minimum limits of liability required by the Financial Responsibility Law of the State of Delaware; or
      b. To a vehicle used for a:
         (1) Share-the-expense car pool;
         (2) Charitable purpose; or
         (3) Volunteer purpose.
   2. While "occupying" a "motor vehicle" used as a residence or premises.
   3. Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material
   4. Due to:
      a. War, whether or not declared;
      b. Civil war;
      c. Insurrection;
      d. Rebellion or revolution; or
      e. Any act or condition incident to any of the above.
   5. While operating "your covered auto" without the express or implied consent of the named insured.
   6. If such "insured's" conduct contributed to his or her "bodily injury" under either of the following circumstances:
      a) Intentionally causing "bodily injury" to himself or herself; or
      b) While committing a felony.
   7. Other than the named insured or any "resident relative", while a pedestrian if the accident occurs outside of Delaware.

B. We will not provide for "bodily injury" sustained by the named insured or any "resident relative" while:
   1. "Occupying"; or
   2. A pedestrian injured by an accident with;

   any "motor vehicle" other than "your covered auto":
      a. With respect to which the insurance required by the Delaware Motorists Protection Act is in effect; or
      b. Which is owned by or furnished or available for the regular use of the named insured or any "resident relative".

**Limit of Liability**

A. If the Declarations indicates that a single limit of liability is applicable, the limit of liability shown for each accident for Personal Injury Protection Coverage is our maximum limit of liability for all loss and expense arising out of "bodily injury" resulting from any one accident. We will apply the limit of liability to provide any separate limits required by law for personal injury protection benefits.

B. If the Declarations indicates that split limits of liability are applicable, the limit of liability shown for each person for Personal Injury Protection Coverage is our maximum limit of liability for all loss and expense arising out of "bodily injury" sustained by any one person in any one accident.

   Subject to this limit for each person, the limit of liability shown for each accident for Personal Injury Protection Coverage is our maximum limit of liability for all loss and expense arising out of "bodily injury" resulting from any one accident.

C. Subject to either the single limit of liability or the split limits of liability shown as applicable in the Declarations for Personal Injury Protection Coverage the limit of liability for all funeral expenses for any one person shall not exceed $5,000.

This is the most we will pay, regardless of the number of:
   1. "Insureds";
   2. Policies applicable;
   3. Claims made; or
   4. "Your covered autos".

**Other Insurance**

A. Any Medical Payments Coverage or any Uninsured Motorists Coverage provided by this Policy will be excess over any Personal Injury Protection Coverage which is payable, or which would be payable except for the application of a deductible, under this coverage section.

B. No one will be entitled to receive duplicate payments for the same elements of loss under:
   1. This or any other similar insurance; or
   2. Any workers' compensation law.


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

C. If there is other applicable similar insurance, we will pay only our share. Our share is the proportion that our limit of liability bears to the total of all applicable limits.
D. Any coverage provided by this coverage section shall be excess over any other similar applicable insurance available to an "insured":
   1. As a result of "bodily injury" sustained while "occupying" or while a pedestrian injured by an accident with any vehicle, other than a "motor vehicle" for which the security required by the Delaware Motorists Protection Act is in effect.
   2. Other than a resident of Delaware, as a result of "bodily injury" sustained while "occupying" "your covered auto" if the accident occurs outside of Delaware.

**Arbitration**

We shall submit to arbitration any claim for Personal Injury Protection Coverage. The person making the claim must submit a written request for arbitration to the Delaware Insurance Commissioner within 90 days from the date we:
   1. Make a settlement offer; or
   2. Deny coverage or liability.

**Property Protection Coverage**

**Insuring Agreement**

We will pay, in accordance with the Delaware Code, for accidental damage to property resulting from an accident involving "your covered auto".

**Exclusions**

A. We will not provide Property Protection Coverage for damage to any property:
   1. While "your covered auto" is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (A.1.) applies whether or not there is:
      a. A passenger "occupying" the vehicle; or
      b. Property being transported for a fee in or upon the vehicle.

      This Exclusion (A.1.) does not apply while "your covered auto" is being used for:
      a. Share-the-expense car pool
      b. Charitable purpose; or
      c. Volunteer purpose.
   2. While "your covered auto" is located for use as a residence or premises.
   3. Resulting from radioactive contamination.
   4. Due to:
      a. War, whether or not declared;
      b. Civil war;
      c. Insurrection;
      d. Rebellion or revolution; or
      e. To any act or condition incident to any of the above.
   5. While "your covered auto" is used without the express or implied consent of the named insured.
   6. Owned by, rented to or leased by the named insured or any "resident relative".
B. We will not provide Property Protection Coverage for damage to any:
   1. "Motor vehicle" or any property in or upon such vehicle.
   2. Aircraft, watercraft or any property in or upon such craft.

**Limit of Liability**

The Limit Of Liability shown in the Declarations for Property Protection Coverage is the most we will pay, for all damage to property resulting from any one accident, regardless of the number of:
   1. "Insureds";
   2. Policies applicable;
   3. Claims made; or
   4. "Your covered autos".

**Other Insurance**

A. We will not provide Property Protection Coverage if there is other valid and collectible property insurance unless the owner or operator of "your covered auto" would be legally liable for such damage under applicable principles for tort law. The question of whether that person is legally liable shall be resolved by arbitration.
B. Any Uninsured Motorists Coverage provided by this policy shall be excess over any Property Protection Coverage provided by this coverage section.

**Statutory Compliance**

The Property Protection Coverage provided by this coverage section is, subject to its terms and conditions, at least as extensive as the minimum coverage required by the Delaware Code.

**Arbitration**

We shall submit to arbitration any claim for Property Protection Coverage. The person making the claim must submit a written request for arbitration to the Delaware Insurance Commissioner within 90 days from the date we:
   1. Make a settlement offer; or
   2. Deny coverage or liability.


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# UNINSURED MOTORISTS COVERAGE SECTION
## Coverage D1 – Uninsured Motorists Bodily Injury
## Coverage D2 – Uninsured Motorists Property Damage

**Insuring Agreement**

A. We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an:

1. "Uninsured motor vehicle" or "underinsured motor vehicle" because of "bodily injury":
   a. Sustained by an "insured"; and
   b. Caused by an accident; and
2. "Uninsured motor vehicle" because of "property damage" caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured" or "underinsured motor vehicle". We will pay damages under this coverage caused by an accident with an "underinsured motor vehicle" only after the limits of liability under any liability bonds or policies applicable to the "underinsured motor vehicle" have been exhausted by payment of judgments or settlements.

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. "Insured" as used in this coverage section means:

1. You or any "resident relative";
2. Any other person "occupying" "your covered auto"; or
3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C. "Property damage" as used in this coverage section means injury to or destruction of:

1. "Your covered auto" (including its loss of use).
2. Any property owned by a person listed in 1. or 2. of "insured" while contained in "your covered auto".

D. "Underinsured motor vehicle" means a land motor vehicle or trailer of any type for which the sum of the limits of liability under all bodily injury liability bonds or policies applicable at the time of the accident is not enough to pay the amount the "insured" is legally entitled to recover as damages.

However, "underinsured motor vehicle" does not include any vehicle or equipment:

1. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.
2. Owned or operated by a self-insurer under any applicable motor vehicle law.

E. "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no liability bond or policy applies at the time of the accident.
2. To which a liability bond or policy applies at the time of the accident. In this case its limit for liability must be less than the minimum limit specified by the Financial Responsibility Law of Delaware.
3. Which is a hit-and-run vehicle whose operator and owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" or "property damage" without hitting:
   a. You or any "resident relative";
   b. A vehicle which you or any "resident relative" are "occupying"; or
   c. "Your covered auto".

   If there is no physical contact with the hit-and-run vehicle, the facts of the accident must be proved. We will only accept competent evidence which may include the testimony, under oath, of a person making claim under this or any similar coverage.
4. To which a liability bond or policy applies at the time of the accident but the bonding or insuring company:
   a. Denies coverage; or
   b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

F. In addition, neither "uninsured motor vehicle" nor "underinsured motor vehicle" includes any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "resident relative".
2. Owned by any governmental unit or agency.
3. Operated on rails or crawler treads.


© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

4. Designed mainly for use off public roads while not on public roads.
5. While located for use as a residence or premises.

**Exclusions**

A. We do not provide coverage under this coverage section for “property damage” or “bodily injury” sustained by any “insured”:
   1. If that “insured” or the legal representative settles a “bodily injury” or “property damage” claim, arising out of an accident with an “uninsured motor vehicle”, and such settlement prejudices our right to recover payment.
   2. While “occupying” “your covered auto” when it is being used, or during the period of time it is available for hire, as a public or livery conveyance.
      This Exclusion (A.2.) applies whether or not there is:
      a. A passenger “occupying” the vehicle; or
      b. Property being transported for a fee in or upon the vehicle.
      This Exclusion (A.2.) does not apply to a vehicle used for a:
      a. Share-the-expense car pool;
      b. Charitable purpose; or
      c. Volunteer purpose.
   3. Using a vehicle without a reasonable belief that that “insured” is entitled to do so. This Exclusion (A.3.) does not apply to a “resident relative” using “your covered auto” which is owned by you.
   4. For the first $250 of the amount of “property damage” to the property of each “insured” as the result of any one accident.
   5. While “occupying”, or when struck by, any vehicle which is designed or can be used for flight.

B. This coverage shall not apply directly or indirectly to benefit:
   1. Any insurer or self-insurer under any of the following or similar law:
      a. Workers’ compensation law; or
      b. Disability benefits law.
   2. Any insurer of property.

**Limit Of Liability**

A. The limit of Bodily Injury Liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of “bodily injury” sustained by any one person in any one accident. Subject to this limit for each person, the limit of Bodily Injury Liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for “bodily injury” resulting from any one accident. The limit of Property Damage Liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all “property damage” resulting from any one accident.

   This is the most we will pay regardless of the number of:
   1. “Insureds”;
   2. Claims made;
   3. Vehicles or premiums shown in the Declarations; or
   4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
   1. Any other Coverage Section or part of this policy; or
   2. Any Coverage Section of any other personal auto policy issued to you by us or any of our affiliates.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:
   1. Workers’ compensation law; or
   2. Disability benefits law.

E. No payment will be made for loss paid or payable to the “insured” under the Damage to Your Auto Coverage Section.

**Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Coverage Section of the policy:

   1. Any insurance we provide with respect to a vehicle:
      a. You do not own, including any vehicle while used as temporary substitute for “your covered auto”; or
      b. Owned by you or any “resident relative”, which is not insured for this coverage under this policy;



© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

shall be excess over any collectible insurance providing such coverage on a primary basis.

2. If the coverage under this policy is provided:
   a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.
   b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

**Arbitration**

A. If we and an "insured" do not agree:
   1. Whether that "insured" is legally entitled to recover damages; or
   2. As to the amount of damages which are recoverable by that "insured";

   from the owner or operator of an "uninsured motor vehicle" or an "underinsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Coverage Section may not be arbitrated.

   Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:
   1. Pay the expenses it incurs; and
   2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by at least two of the arbitrators will be binding as to:
   1. Whether the "insured" is legally entitled to recover damages; and
   2. The amount of damages.



© 2020 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# DAMAGE TO YOUR AUTO COVERAGE SECTION
## Coverage E – Collision
## Coverage F – Comprehensive
## Coverage G – Custom Equipment - Increased Limit

**INSURING AGREEMENT**

**Coverage E – Collision**

**Coverage F – Comprehensive**

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. We will pay for loss caused by:
   1. "Collision" only if the Declarations indicates that Coverage E – Collision is provided for that auto. Under this coverage, we will not pay for losses that are covered under Coverage F – Comprehensive.
   2. "Comprehensive" only if the Declarations indicates that Coverage F – Comprehensive is provided for that auto.

   If losses to more than one "your covered auto" result from the same "collision", only one deductible amount will apply. If the deductible amount differs for each auto involved in the accident, then only the highest deductible will apply.

   We will not subtract any deductible for the amount we will pay for a loss to:
   1. Any "non-owned auto" caused by "collision" or "comprehensive".
   2. "Your covered auto" caused by "collision" with a vehicle not owned by you or a "resident relative" but insured by us or any of our affiliated companies under a personal auto policy.

   If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. As used in this Coverage Section:
   1. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.
   2. "Comprehensive" means loss to "your covered auto" or a "non-owned auto" not caused by "collision". Losses caused by the following are not "collision" losses but are "comprehensive" losses:
      a. Missiles or falling objects;
      b. Fire;
      c. Theft or larceny;
      d. Explosion or earthquake;
      e. Windstorm;
      f. Hail, water or flood;
      g. Malicious mischief or vandalism;
      h. Riot or civil commotion;
      i. Contact with bird or animal; or
      j. Breakage of glass.

      If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".
   3. "Custom equipment" means any permanently attached or installed:
      a. Furnishings, mechanical or electrical parts, equipment, devices, accessories, murals, graphics, non-standard paint, enhancements or changes that alter the appearance or performance of any private passenger auto, sport utility vehicle, pickup or van; or
      b. Electronic equipment used in any private passenger auto, sport utility vehicle, pickup or van that reproduces, receives or transmits audio, visual or data signals.

      "Custom equipment" does not include:
      a. Vehicle options offered by the original manufacturer specifically for that vehicle model and model year, whether that option is installed with original or non-original parts of like kind and quality;
      b. Equipment installed to make a vehicle handicap accessible; or
      c. A cap, cover or bedliner in or upon a pickup.
   4. "Fungi" means any type or form of fungus, including mold or mildew, and any of the following that are produced or released by "fungi":
      a. Mycotoxins;
      b. Spores;
      c. Scents; or
      d. By-products.
   5. "Non-owned auto" means:
      a. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "resident relative" while in the custody of or being operated by you or any "resident relative"; or



© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

b. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:
   (1) Breakdown;
   (2) Repair;
   (3) Servicing;
   (4) Loss; or
   (5) Destruction.

**ADDITIONAL COVERAGES**

Provided there is Coverage E – Collision or Coverage F – Comprehensive, as shown in the Declarations for "your covered auto" the following coverages apply.

**A. Airbag Replacement**

Under Coverage F – Comprehensive we will pay to replace or reset an airbag that inflates due to malfunction in "your covered auto". This additional coverage does not apply to a "non-owned auto".

We will only make payment under this additional coverage to the extent the malfunction is not covered by warranty, other service agreement, or any other product recall.

Exclusion 2. of this Coverage Section does not apply to this additional coverage.

No deductible applies to this additional coverage.

**B. Child Safety Seat**

In the event of a Coverage E – Collision or Coverage F – Comprehensive covered loss where we determine that a child safety seat's integrity is compromised, we will pay up to $500 to replace with like kind and quality the child safety seat, provided it was in "your covered auto" or a "non-owned auto" at the time of the covered loss.

If a covered loss occurs when the child safety seat is in a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

No deductible applies to this additional coverage.

**C. Custom Equipment**

We will pay up to $1500 for "custom equipment" and any related labor and installation costs as part of a Coverage E – Collision or Coverage F –Comprehensive covered loss. Regardless of the amount of "custom equipment" installed on "your covered auto" or a "non-owned auto", this limit is the most we will pay for all damage and any related labor and installation costs for any one covered loss.

If there is a covered loss to "custom equipment" on a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

Exclusion 4. does not apply to the extent coverage is provided under this additional coverage.

This additional coverage is subject to your deductibles.

**D. Transportation Expenses**

Under Coverage F – Comprehensive we will pay for:
1. Reasonable transportation expenses incurred by you in the event of the total theft of "your covered auto"; or
2. Loss of use expenses for which you become legally responsible in the event of the total theft of a "non-owned auto".

We will pay up to $30 per day, to a maximum of $900. These limits are the most we will pay for transportation expenses and loss of use expenses.

We will pay only those expenses incurred during the period:
1. Beginning 48 hours after the theft; and
2. Ending when "your covered auto" or the "non-owned auto" is returned to use, or we offer to pay for its loss.

No deductible applies to this additional coverage.

**OPTIONAL COVERAGE**

**Coverage G – Custom Equipment - Increased Limit**

If Coverage G – Custom Equipment - Increased Limit is shown in the Declarations for a specific "your covered auto", ADDITIONAL COVERAGE – Custom Equipment is amended for that "your covered auto" as follows:
The limit shown in the Declarations replaces the $1500 limit for "custom equipment".



© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

All other provisions and limitations applicable to ADDITIONAL COVERAGE – Custom Equipment apply.

**EXCLUSIONS**

The following exclusions apply to this DAMAGE TO YOUR AUTO COVERAGE SECTION. We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (1.) applies whether or not there is:
   a. A passenger "occupying" the vehicle; or
   b. Property being transported for a fee in or upon the vehicle.

   This Exclusion (1.) does not apply to a vehicle used for a:
   a. Share-the-expense car pool;
   b. Charitable purpose; or
   c. Volunteer purpose.
2. Damage due and confined to:
   a. Wear and tear;
   b. Freezing;
   c. Mechanical or electrical breakdown or failure; or
   d. Road damage to tires.

   This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".
3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.
4. Loss to "custom equipment".
5. Loss to any electronic equipment that reproduces, receives, or transmits audio, visual or data signals. This includes:
   a. Radios and stereos;
   b. Tape decks;
   c. Compact disk systems;
   d. Navigation systems;
   e. Internet access systems;
   f. Personal computers;
   g. Video entertainment systems;
   h. Telephones;
   i. Televisions;
   j. Two-way mobile radios;
   k. Scanners; or
   l. Citizens band radios.

   This Exclusion (5.) does not apply to electronic equipment that is permanently installed in "your covered auto" or any "non-owned auto".
6. Loss to tapes, discs, chips, memory cards or any other removable media used to store audio, visual or other data. We also will not pay for loss of or reconstruction of data contained in such devices.
7. Loss to equipment used for the detection or location of, or interference with, speed measuring devices.
8. Loss due to actual or perceived loss in market value or resale value.
9. Loss to "your covered auto" or any "non-owned auto" due to confiscation by governmental or civil authorities. This Exclusion (9.) does not apply to the interests of any loss payee shown in the Declarations for that "your covered auto".
10. Loss to "your covered auto" or any "non-owned auto" which occurs while participating or competing in, or practicing or preparing for any prearranged or organized:
    a. Racing contest, meet or rally, whether against another vehicle or against time;
    b. Demolition contest;
    c. Stunting activity; or
    d. High performance driving or racing instruction course or school.

    This Exclusion (10.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the above purposes.
11. Loss to any "non-owned auto" when used by you or any "resident relative" without a reasonable belief that you or that "resident relative" are entitled to do so.
12. Loss to any "non-owned auto" while being maintained or used by any person while employed or otherwise engaged in the "business" of:
    a. Selling;
    b. Repairing;
    c. Servicing;
    d. Storing; or
    e. Parking;

    vehicles designed for use on public highways. This includes road testing and delivery.
13. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in a "business" not described in Exclusion 12. This Exclusion (13.) does not apply to the maintenance or use by you or any "resident relative" of a "non-owned auto" which is a private passenger auto, sport utility vehicle or "trailer".
14. Loss to:
    a. A "trailer", camper body or motor home which is not shown in the Declarations; or


© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

b. Facilities or equipment used with any "trailer", camper body or motor home. Facilities or equipment include but are not limited to:
   (1) Cooking, dining, plumbing or refrigeration facilities;
   (2) Awnings or cabanas; or
   (3) Any other facilities or equipment used with a "trailer", camper body or motor home.

This Exclusion (14.) does not apply to:
a. A "trailer", and its facilities or equipment, that you do not own; or
b. A "trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, that you:
   (1) Acquire during the policy period; and
   (2) Ask us to insure within 30 days after you become the owner.

15. Loss to "your covered auto" during a period it is rented or leased by you to others. However, this Exclusion (15.) does not apply to the operation of "your covered auto" by you or a "resident relative".
16. Loss to, or loss of use of, a "non-owned auto" rented to:
    a. You; or
    b. Any "resident relative";
    if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "resident relative", pursuant to the provisions of any applicable rental agreement or state law.
17. Loss to "your covered auto" or any "non-owned auto" arising out of the actual, alleged or threatened presence, growth or proliferation or spread of "fungi", or for any testing or remediation of "fungi". This Exclusion (17.) does not apply if the "fungi" are the direct result of a loss payable under either Coverage E – Collision or Coverage F – Comprehensive, and such coverage is provided under this policy.
18. The cost to re-code or replace locks in the event a key or electronic control pad associated with such locks is lost or stolen.

**LIMIT OF LIABILITY**

A. Our limit of liability for loss will be the lesser of the:
   1. Actual cash value of the stolen or damaged property at the time of loss. An adjustment for depreciation and physical condition will be made in determining actual cash value; or
   2. Amount necessary to repair or replace stolen or damaged parts or equipment of the functionally equivalent design and material necessary to restore the vehicle to its pre-loss physical condition at the time of loss. If we pay to replace a part or parts, we have the option to pay for new, used, reconditioned or remanufactured:
      a. Original equipment manufacturer replacement parts or equipment; or
      b. Non-original equipment manufacturer replacement parts or equipment.

   However, the most we will pay for loss to any "non-owned auto" which is a "trailer", including its facilities and equipment, is $2000.
B. If a repair or replacement results in better than like kind and quality, we will not pay for the amount of the betterment.
C. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
   1. Any other Coverage Section or part of this policy; or
   2. Any other personal auto policy issued to you by us or any of our affiliates.

**PAYMENT OF LOSS**

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:
1. You; or
2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.
If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

Subject to the Loss Payable Clause, we may, at our option, make payment to one or more of the following:
1. You;
2. The owner; or
3. On your behalf, the repairer.

**NO BENEFIT TO BAILEE**

This insurance will not directly or indirectly benefit any carrier or other bailee for hire.

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss to "your covered auto", we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

However, any insurance we provide with respect to a "non-owned auto" will be excess over any other


© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

collectible sources of recovery including, but not limited to:

1. Any coverage provided by the owner of the "non-owned auto";
2. Any other applicable physical damage insurance;
3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent and impartial appraiser within 20 days after receiving the written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
   1. Pay its chosen appraiser; and
   2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

## LOSS PAYABLE CLAUSE

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation will terminate this agreement as to the loss payee's interest. We will mail the loss payee written notice at least 10 days before the effective date of cancellation.

When we pay the loss payee we will, to the extent of payment, be subrogated to the loss payee's rights of recovery.



© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# SIGNATURE PAGE

This policy is signed for the member company of Travelers which is the insurer under this policy.

Wendy C. Skjerven
Corporate Secretary

Michael Klein
President
Personal Insurance



© 2012 The Travelers Indemnity Company. All rights reserved.

# GLASS DEDUCTIBLE

**All provisions of the policy apply unless modified by this endorsement.**

If a premium entry for Glass Deductible is shown in the Declarations, the Damage To Your Auto Coverage Section of the policy is amended by adding the following:

**Glass Deductible**

If the Declarations indicates that Glass Deductible applies for a specific "your covered auto", we will subtract the Glass Deductible amount indicated in the Declarations for the "Glass" portion of a loss to that auto. We will subtract this amount instead of the Coverage E – Collision or Coverage F – Comprehensive deductible amount.

If the "Glass" damage is only a portion of a covered loss, the most we will subtract from the amount we will pay for the loss is the applicable Coverage E – Collision or Coverage F – Comprehensive deductible amount.

**Definition**

"Glass" as used in this endorsement means the:

1. Glass used in the windshield, doors, and windows of "your covered auto" or of a "non-owned auto"; and
2. Glass, transparent plastic or other material used in the exterior lights or mirrors of "your covered auto" or of a "non-owned auto".


© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# ROADSIDE ASSISTANCE COVERAGE

**All provisions of the policy apply unless modified by this endorsement.**

The Damage To Your Auto Coverage Section of the policy is amended by adding the following:

**Roadside Assistance Coverage**

If the Declarations indicates that Roadside Assistance Coverage applies to a specific “your covered auto”, our “authorized service provider” will arrange to provide the following services when that “your covered auto” is accessible and disabled within 100 feet of a paved public road, or on an accessible driveway, accessible private road or in an accessible parking facility:

1. Towing or flatbed services;
2. Winching;
3. Providing jump start for a dead battery;
4. Changing a flat tire;
5. Key lock-out service; and
6. Delivering of supplies, including oil, water, other fluids and fuel.

We will pay for the services specified in 1. through 6. above:

1. Up to the mileage limit shown in the Declarations for that “your covered auto”; or
2. To the nearest qualified repair facility selected by our “authorized service provider” when there is no repair facility available within the mileage limit shown in the Declarations under Roadside Assistance Coverage for that “your covered auto”.

We do not cover the cost of supplies, replacement parts, fuel, other fluids, or any labor performed at a service or repair facility.

Our “authorized service provider” will determine whether a vehicle, driveway, private road or parking facility is accessible.

For policies with a:

1. Six month policy term, coverage is limited to no more than 4 disablements for each vehicle shown in the Declarations to which this coverage applies.
2. Twelve month policy term, coverage is limited to no more than 8 disablements for each vehicle shown in the Declarations to which this coverage applies.

If there is a disablement to a “non-owned auto”, we will provide the broadest coverage applicable to any “your covered auto” shown in the Declarations. However the disablement of a “non-owned auto” shall not increase the maximum number of disablements as shown in 1. or 2. above.

In the event:

1. You decide not to use our “authorized service provider”; or
2. Our “authorized service provider” is unable to arrange Roadside Assistance services;

we will reimburse you only for reasonable charges as determined by us. Receipts for any of these services must be provided to us for consideration of payment.

As used in this endorsement:
“Authorized service provider” means a service provider contracted by us, at no charge to you, to procure roadside assistance services on our behalf and as described in this endorsement.

Roadside Assistance Coverage through our “authorized service provider” is available in:

1. The continental United States;
2. Alaska;
3. Hawaii; and
4. Canada.

No deductible applies to this coverage.



© 2012 The Travelers Indemnity Company. All rights reserved.

# TRIP INTERRUPTION COVERAGE

**All provisions of the policy apply unless modified by this endorsement.**

The Damage To Your Auto Coverage Section of the policy is amended by adding the following:

**Insuring Agreement**

A. If the Declarations indicates the Trip Interruption Coverage applies to a specific "your covered auto", we will pay up to $200 per day, to a maximum limit of $600 for:
   1. Reasonable transportation expenses incurred by you or a "resident relative" in the event of a mechanical or electrical breakdown to that "your covered auto".
   2. Reasonable expenses incurred by you or a "resident relative" for lodging and meals in the event of:
      a. Direct and accidental loss to that "your covered auto" caused by "collision" or "comprehensive" or
      b. Mechanical or electrical breakdown to that "your covered auto".

B. We will pay only if:
   1. Loss to, or mechanical or electrical breakdown of, "your covered auto" occurs more than 100 miles from the address shown in Item 1 of the Declarations.
   2. "Your covered auto" is withdrawn from use for more than 24 hours; and
   3. Copies of receipts for expenses incurred under A.1. and A.2. above are provided to us for the expense incurred by you or a "resident relative".

If the loss or breakdown involves a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

**Coverage Limitations**

A. Our payment for expenses incurred under paragraph A.1. and A.2. under the Trip Interruption Coverage Insuring Agreement will be limited to that period of time reasonably required to:
   1. Resume travel; or
   2. Return home.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and any other coverage afforded under the policy.

C. We will not pay for any expenses incurred by you or a "resident relative" for alcohol.

**Other Sources of Recovery**

Any insurance we provide with respect to Trip Interruption Coverage will be excess over any other collectible source of recovery including but not limited to:

A. Any coverage provided by:
   1. Vehicle warranties;
   2. Automobile clubs; or
   3. Any other available service plans that provide trip interruption services; or

B. Any other source of recovery applicable to the loss.

No deductible applies to this coverage.


© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# PERSONAL PROPERTY COVERAGE

**All provisions of the policy apply unless modified by this endorsement.**

If a premium entry for Personal Property Coverage is shown in the Declarations for a "your covered auto", the following provisions will apply to that specific auto.

In the event of a Coverage E – Collision or Coverage F – Comprehensive covered loss, we will pay up to the amount shown in the Declarations for Personal Property Coverage for direct and accidental loss to personal property which is:

1. Owned by you or a "resident relative"; and
2. In or on "your covered auto" or a "non-owned auto".

The auto must suffer physical damage covered and paid under the Damage To Your Auto Coverage Section. If there is loss to personal property in or on a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

Exclusions 5. and 6. of the Damage To Your Auto Coverage Section do not apply to Personal Property Coverage.

We do not cover loss to the following personal property:

1. Animals;
2. Motorized vehicles and their equipment;
3. Child safety seats;
4. Aircraft;
5. Watercraft;
6. Property carried or held as samples, or for sale or delivery after sale;
7. Property rented or held for rental to others; or
8. Money or currency, pre-paid cards or passes, monetary value carried on an electronic chip or magnetic card, securities, debit cards, checks, cashier's checks, travelers checks, money orders, or other negotiable instruments.

We will pay the amount necessary to replace stolen or damaged personal property. The most we will pay as the result of any one accident or loss is the amount shown in the Declarations for Personal Property Coverage regardless of the number of:

1. Items of property;
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in an accident.

If other sources of recovery also cover loss to personal property, this policy is primary.

No deductible applies to this coverage.



© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# AMENDMENT OF POLICY PROVISIONS - DELAWARE

**All provisions of the policy apply unless modified by this endorsement.**

## GENERAL PROVISIONS SECTION

## GENERAL CONDITIONS

The General Provisions Section, Termination provisions, A.3.g.(1) and A.3.g.(7)a. are replaced by the following:

A. Cancellation

This policy may be cancelled during the policy period as follows:

3. When this policy is in effect for 60 days or more, or if this is a renewal or continuation policy, we will cancel only:

   g. If you or any driver who lives with you or any driver who customarily operates “your covered auto”:

      (1) Has, within the 36 months prior to the notice of cancellation, had a driver’s license suspended or revoked.

      However, this paragraph (g.(1)) shall not apply to the following;

      a. A person who has not reached the age of 18 years whose license has been revoked or suspended pursuant to DEL. CODE ANN. tit. 10, § 1009;

      b. A person who has not reached the age of 18 years whose license has been revoked or suspended pursuant to DEL. CODE ANN. tit. 4, § 904;

      c. A person whose license was revoked or suspended for a nondriving-related offense, including a nondriving-related drug offense pursuant to DEL. CODE ANN. tit. 21, § 2707(b)(10);

      d. The suspension of a license of a person who has not reached the age of 18 years whenever the Department of Transportation has reason to believe the person is a reckless or negligent driver of a motor vehicle or has committed a serious moving traffic violation; or

      (7) Has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for:

      a. Any felony related to fraud or to the type of risk being insured;

The following condition is added:

### Additional Benefits

From time to time we may provide you or allow others to provide you, or another person insured under this policy with:

A. Goods and services, devices, equipment, memberships, merchandise, points, rewards, gift cards, redemption codes, coupons, vouchers, airline miles, special offers, classes, seminars, other program benefits or other items of value; or

B. Make charitable contributions, donations or gifts on your behalf.

These Additional Benefits may be provided in any form. If one or more of our benefit programs apply, you or another person insured under this policy may be eligible to receive benefits specific to that program depending on the terms of the program and Additional Benefit provided.

You are under no obligation to pursue any of these Additional Benefits.

We do not warrant the merchantability, fitness or quality of any goods or services provided under this endorsement or assume any additional obligation related to any Additional Benefits provided.

We have the right to modify or discontinue benefits provided under this endorsement without notice to you.

## LIABILITY COVERAGE SECTION

The Liability Coverage Section, Exclusions provision, exclusion A.5. is replaced by the following:

A. We do not provide Liability Coverage for any “insured”:

   5. For that “insured’s” liability arising out of the ownership or operation of a vehicle while it is being used, or during the period of time it is available for hire, to carry persons or property for compensation or a fee, including pickup or delivery. This Exclusion (A.5.) applies whether or not there is:

      a. A passenger “occupying” the vehicle; or

      b. Property being transported in or upon the vehicle.



© 2024 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

This Exclusion (A.5.) does not apply:

a. To the extent that this coverage provides the minimum limits of liability required by the Financial Responsibility Law of the State of Delaware; or

b. To a vehicle used for a:

(1) Share-the-expense car pool;

(2) Charitable purpose; or

(3) Volunteer purpose.

The Liability Coverage Section, Exclusions provision, exclusion B.5. is replaced by the following:

B. We do not provide Liability Coverage for the ownership, maintenance or use of:

5. "Your covered auto" while it is rented or leased to others, including when being shared in a personal vehicle sharing program.

This Exclusion (B.5.) does not apply to:

a. The operation of "your covered auto" by you or a "resident relative"; or

b. To the extent that this coverage provides the minimum limits of liability required by the Financial Responsibility Law of the State of Delaware for a personal vehicle sharing program

**MEDICAL PAYMENTS COVERAGE SECTION**

The Medical Payments Coverage Section, Exclusions provision, exclusions 2. and 12. are replaced by the following:

We do not provide Medical Payments Coverage to any "insured" for "bodily injury":

2. Sustained while "occupying" "your covered auto" while it is being used, or during the period of time it is available for hire, to carry persons or property for compensation or a fee, including pickup or delivery. This Exclusion (2.) applies whether or not there is:

a. A passenger "occupying" the vehicle; or

b. Property being transported in or upon the vehicle.

This Exclusion (2.) does not apply to a vehicle used for a:

a. Share-the-expense car pool;

b. Charitable purpose; or

c. Volunteer purpose.

12. Sustained while "occupying" "your covered auto" while it is rented or leased to others, including when being shared in a personal vehicle sharing program.

This Exclusion (12.) does not apply to you or a "resident relative".

**PERSONAL INJURY PROTECTION COVERAGE SECTION**

The Personal Injury Protection Coverage Section, Exclusions provision, exclusion A.1. is replaced by the following:

A. We will not provide Personal Injury Protection Coverage for "bodily injury" sustained by any "insured":

1. While "occupying" "your covered auto" while it is being used, or during the period of time it is being available for hire to carry persons or property for compensation or a fee, including pickup or delivery. This Exclusion (A.1.) applies whether or not there is:

a. A passenger "occupying" the vehicle; or

b. Property being transported in or upon the vehicle.

This Exclusion (A.1.) does not apply:

a. To the extent that this coverage provides the minimum limits of liability required by the Financial Responsibility Law of the State of Delaware; or

b. To a vehicle used for a:

(1) Share-the-expense car pool;

(2) Charitable purpose; or

(3) Volunteer purpose.

The Personal Injury Protection Coverage Section, Exclusions provision, exclusion A.8. is added as follows:

A. We will not provide Personal Injury Protection Coverage for "bodily injury" sustained by any "insured":

8. While "occupying", or when struck by, "your covered auto" while it is being shared in a personal vehicle sharing program.

This Exclusion (A.8.) does not apply:

a. To the extent that this coverage provides the minimum limits of liability required by the Financial Responsibility Law of the State of Delaware; or

b. To you or a "resident relative".

**UNINSURED MOTORISTS COVERAGE SECTION**

The Uninsured Motorists Coverage Section, Exclusions provision, exclusion A.2. is replaced by the following:



© 2024 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

A. We do not provide coverage for "property damage" or "bodily injury" sustained by any "insured":

2. While "occupying" "your covered auto" while it is being used, or during the period of time it is available for hire, to carry persons or property for compensation or a fee, including pickup or delivery. This Exclusion (A.2.) applies whether or not there is:

a. A passenger "occupying" the vehicle; or

b. Property being transported in or upon the vehicle.

This Exclusion (A.2.) does not apply to a vehicle used for a:

a. Share-the-expense car pool;

b. Charitable purpose; or

c. Volunteer purpose.

The Uninsured Motorists Coverage Section, Exclusions provision, exclusion A.6. is added as follows:

A. We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

6. While "your covered auto" is being shared in a personal vehicle sharing program.

This Exclusion (A.6.) does not apply:

a. To the extent that this coverage provides the minimum limits of liability required by the Financial Responsibility Law of the State of Delaware; or

b. To you or a "resident relative".

**DAMAGE TO YOUR AUTO COVERAGE SECTION**

The Damage To Your Auto Coverage Section, Exclusions provision, exclusions 1. and 15. are replaced by the following:

The following exclusion apply to this Damage To Your Auto Coverage Section. We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" while it is being used, or during the period of time it is available for hire, to carry persons or property for compensation or a fee, including pickup or delivery. This Exclusion (1.) applies whether or not there is:

a. A passenger "occupying" the vehicle; or

b. Property being transported in or upon the vehicle.

This Exclusion (1.) does not apply to a vehicle used for a:

a. Share-the-expense car pool;

b. Charitable purpose; or

c. Volunteer purpose.

15. Loss to "your covered auto" which occurs while it is rented or leased to others, including when being shared a personal vehicle sharing program.

This Exclusion (15.) does not apply to the operation of "your covered auto" by you or "resident relative".



© 2024 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Auto Quote/Policy Acceptance

Written By: THE STANDARD FIRE INSURANCE COMPANY

Policy Number: 616287264 203 1

Policy Period: 08/25/2024 for 12 months

Dear New Policyholder:
Please read all pages of this form carefully – be sure that all of the information is accurate and verify your payment option.

| NAME AND ADDRESS OF INSURED | PAYMENT OPTIONS - **Please select or verify:** |
|---|---|
| BRIAN AND TONI HENDRICKS<br>595 HARVEST GROVE TRL<br>DOVER, DE 19901-2796 | ☐ **Electronic Funds Transfer** (You must complete the Electronic Funds Transfer Authorization Enrollment Form)<br>☐ **Recurring Credit Card** (You must complete the Recurring Credit Card Authorization Enrollment Form)<br>☒ **Payroll Deduction** (You must complete the Payroll Deduction Authorization Form)<br>☐ **Bill Me by Mail** - Please include your required down payment when you return these forms. We cannot issue your policy until we have received your down payment. **(If you already paid a down payment over the phone Thank You.)** Future bills will be mailed to you. |

| DRIVERS IN HOUSEHOLD | Date Of Birth | License# | State | Gender |
|---|---|---|---|---|
| BRIAN HENDRICKS | [redacted] | 109**** | DE | MALE |
| TONI HENDRICKS | [redacted] | 129**** | DE | FEMALE |

| COVERAGES | LIMITS OF LIABILITY | | VEHICLES | | | | | | | | OTHER PREMIUM* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Each Person | Each Accident | 2023 JEEP Prem | Ded | 2024 JEEP Prem | Ded | | | | | |
| Bodily Injury | $250,000 | $500,000 | [redacted] | | | | | | | | |
| Property Damage | | $100,000 | [redacted] | | | | | | | | |
| Uninsured Motorists Bodily Injury | $100,000 | $300,000 | [redacted] | | | | | | | | |
| Uninsured Motorists Property Damage | | $10,000 | [redacted] | | | | | | | | |
| Collision | | | [redacted] | | | | | | | | |
| Comprehensive | | | [redacted] | | | | | | | | |
| Glass Deductible | | | [redacted] | | | | | | | | |

**Questions? Call your Travelers Representative at 1-800-842-5075**

| COVERAGES | LIMITS OF LIABILITY | | VEHICLES | | | | | | | | OTHER PREMIUM* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Each Person | Each Accident | 2023 JEEP | | 2024 JEEP | | | | | | |
| | | | Prem | Ded | Prem | Ded | | | | | |
| Basic Personal Injury Protection<br>limit each person<br>limit each accident<br>Deductible Option E, Applicable to Named Insured<br>Property Protection Benefits<br>limit each accident<br>See Coverage Section Q01DE00 | $15,000 | $30,000<br><br>$10,000 | [redacted] | | | | | | | | |
| Personal Property Coverage | | $500 | | | | | | | | | |
| Roadside Assistance Coverage | | 100 Miles | | | | | | | | | |
| Trip Interruption Coverage | | | | | | | | | | | |
| Premier Roadside Assistance | | | | | | | | | | | |

**Your Total Savings Reflected in Your Total Premium:** [redacted]

**Discounts Applied:** Safe Driver, Multi-Policy, Multi-Car, Good Payer, Payroll Deduct, Affinity, Continuous Ins, Early Quote, New Car, Automatic Braking

**TOTAL PREMIUM** [redacted]

* Other Premium are charges for coverages and packages not specific to a vehicle.

The Premier Roadside Assistance Package consists of Roadside Assistance Coverage, Trip Interruption Coverage, and Personal Property Coverage endorsements.

Please verify the following information:

| Vehicle | Year/Model | Vehicle ID# |
|---|---|---|
| JEEP | 2023 GLADIATOR | 1C6HJTAG9PL566705 |
| JEEP | 2024 GRAND CHER | 1C4RJKBG0R8544393 |

Loss/Accident/Conviction Information:

The following is a list of accidents (regardless of fault), other vehicle insurance losses, or moving violations that any household member has been convicted of in the past 5 years. This information has been obtained from the applicant, your State Motor Vehicle Department and independent reporting companies.

| | | |
|---|---|---|
| BRIAN | 06/25/20 | Accident-not at fault |

**Questions? Call your Travelers Representative at 1-800-842-5075**

**I have read this application and all attachments. I declare that the information provided in them is true, complete and correct to the best of my knowledge and belief. I understand that claim and driving history, motor vehicle history and/or credit based insurance scores may be obtained on me and other household drivers and may be used in underwriting and rating my policy, including on renewal. The coverage selections and limits I chose are represented in this application and I understand that these selections and limits will apply to all future policy renewals, continuations and changes unless I notify my agent or Travelers.**




BRIAN AND TONI HENDRICKS — 2024-08-24

Signature of First Named Insured — Date

Signature of Second Named Insured — Date

**Questions? Call your Travelers Representative at 1-800-842-5075**

# Notices

**For: BRIAN AND TONI HENDRICKS** **State/Zip: DE 19901**

If we have quoted both auto and homeowners, the prices quoted to you are based on having both of your policies with us*. If you choose only one policy, the price will not apply and your premium for that policy may be higher.

* Applicability to condo, tenant, and co-op policies varies by state.

Your agent may solicit proposals for insurance, but he/she cannot commit us to providing coverages, limits or prices other than those that appear in this quote package without our approval.

## NOTICE OF OUR INFORMATION PRACTICES

When you applied for personal insurance with Travelers, you entrusted us with personal information about yourself. We want to assure you that your right to privacy is being protected. A copy of our Privacy Notice to our individual customers will be sent to you with your policy.

In the course of conducting business, it may be necessary for us to seek further information from consumer reporting agencies about you or another person insured under your policy. We may order reports about you and other insured's claim history, credit history (insurance score), and driving record in connection with your application, at renewal, or when updating your policy.

You will have the right on an annual basis to request that we obtain a current credit report (insurance score) for you and determine whether use of the new information would result in a decrease in your insurance premiums. If the new information that we receive would result in a decrease of your insurance premiums, we will make that reduction. If the new information would not reduce your insurance premiums, the information will not be used to impact your premiums in any way.

We will be glad to tell you about the kind of information we have in our files about you, if you want to know. At any time you can request a copy of all personal information in our files about you. If you believe any of the information is incorrect, we will tell you how you can request a correction, amendment or deletion of the incorrect information.

## EXTRAORDINARY LIFE CIRCUMSTANCES

Travelers uses a credit-based Insurance Score to underwrite or rate your policy. We shall, upon your request, provide reasonable exceptions to our rates, rating classifications, company or tier placement, or underwriting rules or guidelines if you have experienced and your credit information has been directly influenced by any of the following events:

1. Catastrophic event, as declared by the federal or state government.
2. Serious illness or injury, or serious illness or injury to an immediate family member.
3. Death of a spouse, child or parent.
4. Divorce or involuntary interruption of a legally owed alimony or support payments.
5. Identity theft.
6. Temporary loss of employment for a period of three months or more, if such loss results from involuntary termination or employment.
7. Military deployment overseas.
8. Other events, as determined by the insurer.

## FRAUD WARNING

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any material fact thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

## NOTICE REGARDING CIVIL UNIONS

The Delaware Civil Union and Equality Act of 2011 provides that persons who enter into a civil union must be afforded the same obligations, protections, and legal rights as married persons. This law is effective January 1, 2012 and is designed to ensure that civil unions and marriages are treated identically under Delaware law. In accordance with the law, this policy will be interpreted to provide the same benefits and protections to persons in a civil union or in a marriage.

## Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and charges for policy 616287264 203 1.

You have chosen to pay your insurance premium by payroll deduction.

To sign up for AutoPay or change your Bill Plan option, visit MyTravelers.com, Mobile App or contact your Travelers insurance representative or agent.

| Bill Plan | Monthly | Pay in Full |
|---|---|---|
| Electronic Funds Transfer (EFT) | $2.00 | No Charge |
| Recurring Credit Card (RCC) | $4.00 | No Charge |
| Payroll Deduction | No Charge | Not Currently Available |
| Bill by Mail / Email | $5.00 | No Charge |

Late Charge: $10.00 per occurrence
Payments returned by your bank: $25.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

You have an option to enroll in an AutoPay EFT or RCC payment plan without registering for MyTravelers.com by visiting amp.travelers.com.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-800-626-9078.

TRAVELERS

Your state-mandated forms for automobile insurance are on the pages that follow. Brief instructions regarding each of these forms are included below. The forms have been pre-filled as appropriate based on the coverages you have previously selected or rejected as indicated by your Auto Quote Acceptance form. A check mark in the boxes ☐ below indicates which forms you must sign and return. If you want to change any of your selections or rejections, call your Travelers Representative.

**Your Travelers Representative 1-800-842-5075**

| Delaware State Forms | If this box is checked, you must sign and return this form |
|---|---|
| These forms are listed in the order they appear: | |
| **1** **Delaware Auto Supplemental Form (2 sided)** – Outlines the coverages, options and selections you have selected or rejected.<br><br>Liability and Personal Injury Protection (PIP) coverages are compulsory in the State of Delaware. Sections 1 & 2 of this form have been pre-filled with your limit selections and any PIP deductible you have chosen. A PIP deductible is optional.<br><br>Uninsured Motorists Coverage is an optional coverage. Section 3 of this form has been pre-filled with your Uninsured Motorists limit selection or coverage rejection.<br><br>Physical Damage Coverages (Comprehensive and Collision) are optional coverages that are selected or rejected for each vehicle. Section 4 of this form has been pre-filled with your coverage/deductible selections for each vehicle.<br><br>Extended Transportation Expenses (ETE) Coverage is optional coverage that is selected or rejected for each vehicle. Section 5 of this form has been pre-filled with your coverage/limit selections for each vehicle.<br><br>If you are satisfied with your selections/rejections, sign, date and return the form. If you want to change any of your coverage selections or rejections, call a Travelers Representative.<br>Note: The Non-Standard section on side 2 of the form should be signed only if you have been advised by your agent or insurance representative that you are a non-standard driver and the Delaware Assigned Risk Plan is available to you. | ✓ |
| **2** **Personal Injury Protection (PIP) Coverage Deductible Options** – Explains the available PIP deductible options. | ✓ |

# ❶ DELAWARE AUTO SUPPLEMENTAL APPLICATION

Applicant/Named Insured BRIAN AND TONI HENDRICKS Policy Number 6162872642031 Effective Date 08/25/2024

Agent/Producer Code 0M8943 Co. THE STANDARD FIRE INSURANCE COMPANY

## DELAWARE MOTORIST'S PROTECTION ACT REQUIRED STATEMENT TO POLICYHOLDERS

The owner of a motor vehicle registered in the State of Delaware is required to purchase at least the following minimum insurance coverage and limits of liability under the Delaware Motorists Protection Act.

1. Liability Coverage: (1) Bodily Injury Liability; ($25,000 each person; $50,000 each accident)
   (2) Property Damage Liability; ($10,000 each accident) or Combined Single Limits; ($60,000 each accident)
2. Personal Injury Protection: ($15,000 each person; $30,000 each accident) or Combined Single Limits; ($30,000 each accident)
3. Damage To Property Other Than A Motor Vehicle: ($10,000)

| A. COVERAGES | B. OPTIONS | C. SELECTIONS |
|---|---|---|
| | **YOU MUST SELECT LIMITS AND COVERAGES DESIRED** | |
| **1. LIABILITY COVERAGE** (Compulsory) **BODILY INJURY LIABILITY and PROPERTY DAMAGE LIABILITY** | **I WANT**<br>1. Limits as shown in Column C ➔<br>2. Minimum Limits ☐ | **Bodily Injury Liability and Property Damage Liability Limits**<br>A. Split Limits — Bodily Injury Each Person $ 250 ,000; Bodily Injury Each Accident $ 500 ,000; Property Damage Each Accident $ 100 ,000<br>**or**<br>B. Combined Single Limits — Bodily Injury Liability and Property Damage Liability combined single limit Each Accident $ _______ ,000 |
| **2. PERSONAL INJURY PROTECTION** (Compulsory)<br><br>(Additional Personal Injury Protection available by selecting higher limits) | **I WANT**<br>1. Additional Limits as shown in Column C ➔<br>2. Minimum Limits ☒ | **Personal Injury Protection Limits**<br>A. Split Limits Each Person $ 15 ,000 Each Accident $ 30 ,000<br>**or**<br>B. Combined Single Limits Each Accident $ _____ ,000 |
| | 3. Full Coverage with no Deductible | Term Premium With Deductible Selected<br>Yes ☐ No ☒<br>Veh. 1 ____ Veh. 2 ____ Veh. 3 ____ Veh. 4 ____<br>Veh. 5 ____ Veh. 6 ____ Veh. 7 ____ Veh. 8 ____ |
| | 4. Deductible Applicable to Named Insured only ☒<br>5. Deductible Applicable to Named Insured and Resident Relatives ☐ | DEDUCTIBLE: ☒ $250 ☐ $500 ☐ $1,000 ☐ $10,000<br>Term Premium With Deductible Selected<br>Veh. 1 34 Veh. 2 47 Veh. 3 ____ Veh. 4 ____<br>Veh. 5 ____ Veh. 6 ____ Veh. 7 ____ Veh. 8 ____ |
| | 6. (Motorcycle Risks Only) Restricted Coverage - Excludes off the highway accidents and accidents when no other motor vehicle is involved ☐ | DEDUCTIBLE: ☐ $250 ☐ $500 ☐ $1,000 ☐ $10,000<br>Term Premium With Deductible Selected<br>Veh. 1 ____ Veh. 2 ____ Veh. 3 ____ Veh. 4 ____<br>Veh. 5 ____ Veh. 6 ____ Veh. 7 ____ Veh. 8 ____ |
| **3. UNINSURED MOTORISTS COVERAGE* (OPTIONAL)**<br><br>(Available in limits up to the policy's Bodily Injury Liability Limits) | **I WANT**<br>1. Minimum Limits ($25,000/$50,000) ☐<br>2. Limits equal to my Bodily Injury Liability Limit ☐<br>3. Limits as shown in Column C ☒<br>4. To reject this coverage entirely ☐ | **Uninsured Motorists Coverage Limits**<br>A. Split Limits Each Person $ 100 ,000 Each Accident $ 300 ,000<br>**or**<br>B. Combined Single Limits Each Accident $ _______ ,000 |
| | * Uninsured Motorists Coverage is not mandatory, but it is required that the coverage be offered to all policyholders. This coverage is designed to pay damages for injuries that could be received in accidents caused by drivers of uninsured and underinsured motor vehicles. This coverage includes $10,000 Property Damage Coverage limit, which applies only to accidents with uninsured vehicles and is subject to a $250 deductible. | |

| | Vehicle Description | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| **4. PHYSICAL DAMAGE COVERAGES** **Collision** | **I WANT**<br>1. Collision Coverage with the Deductible Selected or<br>2. No Collision Coverage (select for each vehicle) | Ded $ 500<br>☐ No Coverage | Ded $ 500<br>☐ No Coverage | Ded $ ____<br>☒ No Coverage | Ded $ ____<br>☒ No Coverage |
| | | **Vehicle 5** | **Vehicle 6** | **Vehicle 7** | **Vehicle 8** |
| | | Ded $ ____<br>☒ No Coverage | Ded $ ____<br>☒ No Coverage | Ded $ ____<br>☒ No Coverage | Ded $ ____<br>☒ No Coverage |

QCC533 (05-21) (Side 1)

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Comprehensive** | 1. Comprehensive Coverage with the Deductible Selected or<br>2. No Comprehensive Coverage (select for each vehicle) | **Vehicle 1** | **Vehicle 2** | **Vehicle 3** | **Vehicle 4** |
| | | Ded $ 250<br>☐ No Coverage | Ded $ 250<br>☐ No Coverage | Ded $ ______<br>☒ No Coverage | Ded $ ______<br>☒ No Coverage |
| | | **Vehicle 5** | **Vehicle 6** | **Vehicle 7** | **Vehicle 8** |
| | | Ded $ ______<br>☒ No Coverage | Ded $ ______<br>☒ No Coverage | Ded $ ______<br>☒ No Coverage | Ded $ ______<br>☒ No Coverage |
| **5. EXTENDED TRANSPORTATION EXPENSES (ETE)** | **I WANT**<br>1. ETE with the Limit Selected or<br>2. No ETE (select for each vehicle) | **Vehicle 1** | **Vehicle 2** | **Vehicle 3** | **Vehicle 4** |
| | | $ _____ per day<br>$ ________ max<br>☒ No Coverage | $ _____ per day<br>$ ________ max<br>☒ No Coverage | $ _____ per day<br>$ ________ max<br>☒ No Coverage | $ _____ per day<br>$ ________ max<br>☒ No Coverage |
| | | **Vehicle 5** | **Vehicle 6** | **Vehicle 7** | **Vehicle 8** |
| | | $ _____ per day<br>$ ________ max<br>☒ No Coverage | $ _____ per day<br>$ ________ max<br>☒ No Coverage | $ _____ per day<br>$ ________ max<br>☒ No Coverage | $ _____ per day<br>$ ________ max<br>☒ No Coverage |

My selection of a PIP (No-Fault) deductible or no PIP (No-Fault) deductible at the cost stated above is based on the information provided to me by the insurer. I understand and agree that my selection of a PIP (No-Fault) deductible or no PIP (No-Fault) deductible shall be binding on me and all persons subject to the terms of this policy. My selection shall apply to any renewal, reinstatement, substitute amended, altered, modified or replacement policy with this or any affiliated or successor company unless I or a named insured shall submit a written request to change the deductible and pay such lesser or greater premium that may apply to such change.

I understand my policy will be issued to reflect the options I have chosen with respect to the coverages shown under Column A on side 1 of this form. I further understand and agree that my selection of the Uninsured Motor Vehicle Coverage option, as shown on side 1 of this form, shall be applicable to my policy of insurance, on all future renewals of the policy, on future policies issued to me because of a change of vehicle or coverage or because of an interruption of coverage, unless I subsequently request such coverage in writing.

Please Sign Here

**Signature of Named Insured:** BRIAN AND TONI HENDRICKS **Date** 2024-08-24

**Agent's Name:** TRAVELERS

It is not the intent of this statement to limit or discourage the purchase of increased limits of liability and personal injury protection coverages, or other additional coverages which may be available from the company.

**TO BE SIGNED BY NON-STANDARD POLICYHOLDERS**

My agent or insurance representative has informed me that I am considered a non-standard driver and has notified me of the availability of the Delaware Automobile ("Assigned Risk") Insurance Plan, which provides less expensive automobile insurance for some drivers.

Please Sign Here

**Signature of Named Insured:** ______________________ **Date** ______________

**Questions? Call your Travelers Representative at 1-800-842-5075**

❷

# DELAWARE AUTO

## PERSONAL INJURY PROTECTION (PIP) COVERAGE DEDUCTIBLE OPTIONS

**For: BRIAN AND TONI HENDRICKS** **State/Zip: DE 19901**

PIP coverage pays medical expenses, funeral expenses, loss of earnings and substitute service expenses incurred because of bodily injury to an insured caused by an auto accident. The named insured has the option of selecting an available deductible option for this coverage. If a deductible option is selected, the total limit of compensation payable by the company with respect to loss and expense of an insured to whom the deductible applies is the difference between such deductible amount and the limit of compensation specified in the policy. Refer to the policy for complete information.

The PIP deductibles available are: $0, $250, $500, $1000, and $10,000.

- The named insured may select a PIP deductible that is applicable to the Named Insured only; or
- The named insured may select a PIP deductible that is applicable to the Named Insured and each Resident Relative.

Your signature on this form acknowledges that you have received and understand this explanation regarding PIP deductibles. It also acknowledges that you understand and agree that any PIP deductible election will apply to all persons subject to the deductible and will also apply to any renewal or amended policy with this company or any affiliated company unless a named insured submits a written request to change the deductible and pays any additional premium that may apply.

BRIAN AND TONI HENDRICKS
Applicant / Named Insured (please print)

6162872642031
Policy Number (if available)

Please Sign Here

BRIAN AND TONI HENDRICKS
Applicant's / Named Insured's Signature

2024-08-24
Date

**Questions? Call your Travelers Representative at 1-800-842-5075**

## DEMAND FOR JURY TRIAL

Plaintiffs, through their attorneys, The Curran Firm, P.C., hereby demand a trial by jury pursuant to Fed. R. Civ. P. Rule 38.

RESPECTFULLY SUBMITTED,
**THE CURRAN FIRM, P.C.**

**BY:** */s/ Ryan F. Curran*

**RYAN F. CURRAN, ESQUIRE**
**200 EAST STATE STREET, SUITE 103**
**MEDIA, PA 19063**
**PH.:(610) 566-5300 / FAX:(610) 566-6114**
RCURRAN@THECURRANFIRM.COM
WWW.THECURRANFIRM.COM
***ATTORNEY FOR PLAINTIFFS***
***BRIAN HENDRICKS AND TONI HENDRICKS***

**DATED:** NOVEMBER 12, 2026